UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BABAK DJOURABCHI AND )<br>MONICA WELT )<br>District of Columbia citizens, )<br>1660-D Beekman Place N.W. )<br>Washington, D.C.  20009 )<br>   )<br>        Plaintiff )<br>   )<br>vs.   )<br>   )<br>HARRY J. SELF, JR. )<br>a Maryland citizen )<br>8900 Rollingwood Drive, )<br>Fort Washington, MD  20744 )<br>   )<br>        SERVE:  Harry J. Self, Jr. )<br>                8900 Rollingwood Drive )<br>                Fort Washington, MD )<br>   )<br>And  )<br>   )<br>SELF CONSTRUCTION, INC )<br>        a/k/a Self Construction, )<br>a Maryland Corporation )<br>8900 Rollingwood Drive )<br>Fort Washington, MD  20744 )<br>   )<br>        SERVE:  Harry J. Self, Jr. )<br>                Sole Proprietor and Registered )<br>                Agent )<br>                 8900 Rollingwood Drive )<br>                 Fort Washington, MD 20744 )<br>   )<br>        Defendants. )<br>_____) | Case No.  1:06CV00810<br>Judge: Royce C. Lamberth<br>Deck Type:  Contract<br>Date Stamp: |

**<u>MOTION TO DISMISS FOR JOINDER OF AN IMPROPER PARTY</u>**

Comes Now, Defendant(s) HARRY SELF, JR. AND SELF CONSTRUCTION, INC., (hereinafter "Defendants") by and through undersigned Counsel in response to the Plaintiff's Complaint and moves this Honorable Court, pursuant to Fed. R. Civ. P. 8 and

Fed. R. Civ. P. 21 to release Harry J. Self, Jr. from this litigation and as grounds therefore alleges as follows:

1. Harry Self, Jr. is an individual operating a corporation duly organized under the laws of the State of Maryland.

2. At all times relevant to the matter in dispute, Harry Self, Jr. has operated under the protection of limited liability provided a corporation under the laws of the State of Maryland and the District of Columbia.

3. Harry Self Jr. has never represented himself as acting in any other capacity other than within his capacity and authority to act on behalf of Self Construction, Inc.

4. Neither has Harry Self, Jr., either expressly or implicitly, waived any of the protections afforded him as a result of his conduct on behalf of Self Construction, Inc.

5. Consequently Harry Self, Jr. is an individual separate and apart from Self Construction, Inc. and is in not personally liable in the instant matter for any of the alleged liability of Self Construction, Inc.

WHEREFORE, Defendant, Harry Self, Jr. respectfully prays this Honorable Court

A. Issue an Order Releasing Harry Self, Jr. as a party to the matter before this Honorable Court.

B. Or for any such further relief as this Court may deem just and proper.

                            Respectfully Submitted

                            HARRY J SELF, JR. AND SELF
                            CONSTRUCTION, INC.

                            By Counsel

                            /s/Reginald M. Sealey
                            Reginald M. Sealey
                            The Law Offices of Reginald M. Sealey, LLC

D.C. Bar No. 385632
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-8809
Fax (301) 952-9220
*Counsel for the Defendant*


s/ Harold L. Boyd, III
Harold L. Boyd, III
The Boyd Law Firm
D.C. Bar No. 481736
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-2004
Fax (301) 952-9220
*Counsel for the Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BABAK DJOURABCHI AND ) <br> MONICA WELT ) <br> District of Columbia citizens, ) <br> 1660-D Beekman Place N.W. ) <br> Washington, D.C. 20009 ) <br>  ) <br>   Plaintiff ) <br>  ) <br> vs. ) <br>  ) <br> HARRY J. SELF, JR. ) <br> a Maryland citizen ) <br> 8900 Rollingwood Drive, ) <br> Fort Washington, MD 20744 ) <br>  ) <br>   SERVE: Harry J. Self, Jr. ) <br>     8900 Rollingwood Drive ) <br>     Fort Washington, MD ) <br>  ) <br> And ) <br>  ) <br> SELF CONSTRUCTION, INC ) <br>     a/k/a Self Construction, ) <br> a Maryland Corporation ) <br> 8900 Rollingwood Drive ) <br> Fort Washington, MD 20744 ) <br>  ) <br>   SERVE: Harry J. Self, Jr. ) <br>     Sole Proprietor and Registered ) <br>       Agent ) <br>     8900 Rollingwood Drive ) <br>     Fort Washington, MD 20744 ) <br>  ) <br>   Defendants. ) <br> _____ ) | Case No. 1:06CV00810 <br> Judge: Royce C. Lamberth <br> Deck Type: Contract <br> Date Stamp: |

## **ORDER**

Upon Consideration of the Motion to Dismiss for Joinder of an Improper Party, filed by the Defendant, Harry Self, Jr., and Self Construction, Inc. any opposition thereto, and for good cause shown it is this           day of              2006, hereby;

ORDERED that the Defendants' Motion to Dismiss for Joinder of an Improper Party, be, and the same is hereby GRANTED.

_____
Judge, District Court, District of Columbia

Copies to:

Reginald M. Sealey
The Law Offices of Reginald M. Sealey
Harold L. Boyd, III
The Boyd Law Firm
6231 Crain Hwy, SE
Upper Marlboro, Maryland 20772
Attorneys for the Defendants

Gerald I. Katz and Stephen W. Smith
Attorneys for the Plaintiff
Katz & Stone, L.L.P
8230 Leesburg, Pike, Suite 600
Vienna, Virginia  22182
Attorneys for the Plaintiffs

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of June 2006, a copy of the foregoing Motion to Dismiss for Joinder of an Improper Party was mailed first-class mail, postage prepaid to Attorneys for the Plaintiff:

        Gerald I. Katz and Stephen W. Smith
        Attorneys for the Plaintiff
        Katz & Stone, L.L.P
        8230 Leesburg, Pike, Suite 600
        Vienna, Virginia  22182

                                        /s/ Reginald M. Sealey
                                        Reginald M. Sealey, Esq.