UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BABAK DJOURABCHI AND ) <br> MONICA WELT ) <br> District of Columbia citizens, ) <br> 1660-D Beekman Place N.W. ) <br> Washington, D.C.  20009 ) <br>   ) <br>     Plaintiff ) <br>   ) <br> vs. ) <br>   ) <br> HARRY J. SELF, JR. ) <br> a Maryland citizen ) <br> 8900 Rollingwood Drive, ) <br> Fort Washington, MD  20744 ) <br>   ) <br>     SERVE:  Harry J. Self, Jr. ) <br>                8900 Rollingwood Drive ) <br>                Fort Washington, MD ) <br>   ) <br> And ) <br>   ) <br> SELF CONSTRUCTION, INC ) <br>     a/k/a Self Construction, ) <br> a Maryland Corporation ) <br> 8900 Rollingwood Drive ) <br> Fort Washington, MD  20744 ) <br>   ) <br>     SERVE:  Harry J. Self, Jr. ) <br>              Sole Proprietor and Registered ) <br>              Agent ) <br>               8900 Rollingwood Drive ) <br>               Fort Washington, MD 20744 ) <br>   ) <br>     Defendants. ) <br> _____) | Case No.  1:06CV00810 <br> Judge: Royce C. Lamberth <br> Deck Type:  Contract <br> Date Stamp: |

## **MOTION FOR ADMISSION PRO HAC VICE**

Comes Now, Defendant(s) HARRY SELF JR. AND SELF CONSTRUCTION,

INC., (hereinafter "Defendants") by and through undersigned Counsel and moves this

Court for Admission of the Harold L. Boyd, III, Esquire Pro Hac Vice for the Purpose of Representing HARRY SELF JR. AND SELF CONSTRUCTION, INC.

1. Counsel's full name is Harold Lockwood. Boyd, III

2. Counsel's address is 6231 Crain Hwy, SE Upper Marlboro Maryland 20772, Phone (301) 952-2004, Fax (301) 952-9220.

3. Counsel seeking admission is a member of the following bars

   - District of Columbia Court of Appeals

   - Court of Appeals of Maryland

   - United States District Court for the District of Maryland (May need to be renewed)

4. The Attorney has not been admitted *pro hac vice* in this court within the past two years.

5. The Attorney is a member of the Bar of the District of Columbia and has an office at 1717 K Street, NW, Suite 600, Washington, D.C. 20009; however, the attorney will use his address in Maryland for the instant matter.

Respectfully Submitted

HARRY J SELF, JR. AND SELF CONSTRUCTION, INC.

By Counsel

/s/ Reginald M. Sealey
Reginald M. Sealey
The Law Offices of Reginald M. Sealey, LLC
D.C. Bar No. 385632
6231 Crain Hwy, SE
Upper Marlboro, Maryland 20772
Phone (301)952-8809
Fax (301) 952-9220

*Counsel for the Defendant*

<u>/s/ Harold L. Boyd, III</u>
Harold L. Boyd, III
The Boyd Law Firm
D.C. Bar No. 481736
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-2004
Fax (301) 952-9220
*Counsel for the Defendant*