UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BABAK DJOURABCHI AND | ) |
| MONICA WELT | ) |
| District of Columbia citizens, | ) |
| 1660-D Beekman Place N.W. | ) |
| Washington, D.C.  20009 | ) |
|  | ) |
|     Plaintiff | ) |
|  | ) |
| vs. | ) |
|  | ) |
| HARRY J. SELF, JR. | ) |
| a Maryland citizen | ) |
| 8900 Rollingwood Drive, | ) |
| Fort Washington, MD  20744 | ) |
|  | ) |
|     SERVE:  Harry J. Self, Jr. | ) |
|           8900 Rollingwood Drive | ) |
|           Fort Washington, MD | ) |
|  | ) |
| And | ) |
|  | ) |
| SELF CONSTRUCTION, INC | ) |
|     a/k/a Self Construction, | ) |
| a Maryland Corporation | ) |
| 8900 Rollingwood Drive | ) |
| Fort Washington, MD  20744 | ) |
|  | ) |
|     SERVE:  Harry J. Self, Jr. | ) |
|           Sole Proprietor and Registered | ) |
|             Agent | ) |
|           8900 Rollingwood Drive | ) |
|           Fort Washington, MD 20744 | ) |

Case No.  1:06CV00810
Judge: Royce C. Lamberth
Deck Type:  Contract
Date Stamp:

```
                                         )
        Defendants.                       )
_____ )
```

## <u>ORDER</u>

Upon review and consideration of the Motion for Admission *Pro Hac Vice* of

Harold L. Boyd, III, it is this _____ day of _____ 2006, hereby

ORDERED that the Motions are GRANTED; and it is further

ORDERED that Harold L. Boyd, III are permitted to represent Defendant Self

Harry Self, Jr. and Self Construction, Inc. and to participate in any proceedings in the

above captioned matter; and it is further

ORDERED that Harold L. Boyd, III shall familiarize himself with the Local

Rules in Conjunction with his appearance in the above captioned matter.

_____
Judge:
United States District Judge
District Court, District of Columbia

Copies to:

Reginald M. Sealey
The Law Office of Reginald M. Sealey, LLC
Harold L. Boyd, III
The Boyd Law Firm
Attorneys for the Defendant
6231 Crain Hwy, SE
Upper Marlboro, Maryland 20772

Gerald I. Katz and Stephen W. Smith
Attorneys for the Plaintiff
Katz & Stone, L.L.P
8230 Leesburg, Pike, Suite 600
Vienna, Virginia  22182