UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI, <u>et</u> al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, <u>et</u> <u>al</u>.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **ORDER**

Upon review and consideration of the Motion [5] for Admission *Pro Hac Vice* of Harold L. Boyd, III, it is hereby

ORDERED that the Motion are GRANTED; and it is further

ORDERED that Harold L. Boyd, III is permitted to represent Defendant Harry Self, Jr. and Self Construction, Inc. and to participate in any proceedings in the above captioned matter; and it is further

ORDERED that Harold L. Boyd, III shall familiarize himself with the Local Rules in Conjunction with his appearance in the above captioned matter.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, June 14, 2006.