# STATE OF MARYLAND
## Department of Assessments and Taxation

I, PAUL B. ANDERSON OF THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF THE STATE OF MARYLAND, DO HEREBY CERTIFY THAT THE DEPARTMENT, BY LAWS OF THE STATE, IS THE CUSTODIAN OF THE RECORDS OF THIS STATE RELATING TO THE FORFEITURE OR SUSPENSION OF CORPORATIONS OR THE RIGHTS OF CORPORATIONS TO TRANSACT BUSINESS IN THIS STATE, AND THAT I AM THE PROPER OFFICER TO EXECUTE THIS CERTIFICATE.

I FURTHER CERTIFY THAT SELF CONSTRUCTION, INCORPORATED , A MARYLAND CORPORATION, IS NOT IN GOOD STANDING WITH THIS DEPARTMENT FOR THE FOLLOWING REASONS:

THE CORPORATION WAS FORFEITED BY THIS DEPARTMENT ON OCTOBER 07, 1999.

IN WITNESS WHEREOF, I HAVE HEREUNTO SUBSCRIBED MY SIGNATURE AND AFFIXED THE SEAL OF THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND AT BALTIMORE ON THIS JUNE 21, 2006.

Paul B. Anderson
Charter Division



EXHIBIT 1

ALL-STATE® INTERNATIONAL

*301 West Preston Street, Baltimore, Maryland 21201*
*Telephone Balto. Metro (410) 767-1340 / Outside Balto. Metro (888) 246-5941*
*MRS (Maryland Relay Service) (800) 735-2258 TT/Voice*
*Fax (410) 333-7097*

crblnk    R4007496