# THE BOYD LAW FIRM
6231 CRAIN HWY
UPPER MARLBORO
PHONE 301.952.2004
FAX 301.341.9220
EFAX 703.991.5652
EMAIL: HBOYD3VA@YAHOO.COM

Harold L. Boyd, III, Esquire                                                     Licensed in Maryland and D.C.

January 23, 2006

Below please find the accounting for the costs and expenses provided to us by our client Harry Self. We are aware that we are still attempting to negotiate this matter to a solution amenable to all parties and we are aware that your account of costs may be different than our client. Again, it is our goal to solve this matter without litigation.

|  | Matter Description | Expense Amount Incurred |
|---|---|---|
| Cost Incurred but not paid. |  |  |
| Salary |  |  |
|  | Discounted Salary – $1,250 per week times 4 = $5000.00 a month (times 8 months) | $40,000.00 |
| Business Expenses |  |  |
|  | Liability Insurance -$135.97 month times 8 months | $1087.76 |
|  | Cell Phone -- $145.00 a month times 8 months. | $1,160.00 |
|  | Porta-Potty Rental - $83 a month times 8 months | $664.00 |
|  | Truck Expenses – $750.08 times 8 months | $6,000.64 |
|  | Truck Insurance – $200.00 a month times 8 months. | $1,600.00 |
|  | Quarterly Taxes – $750.00 times 8 months. | $6,000.00 |
| Total Costs |  | 56,512.40 |
| Cost Going Forward Per Month | Matter Description | Cost to keep client available to perform under contract. |
| Salary | Discounted Salary – $1,250 per week times 4 = $5000.00. | $9,600.00<br>or |

DEFENDANT'S EXHIBIT 2 / 9 1

| | | |
|---|---|---|
| | Normal Salary (assuming working) - $9000 per month = $60 an hour times a $40 hour work week. | $5,000.00 |
| Business Expenses | | |
| | Liability Insurance -$135.97 month. | $135.97 |
| | Cell Phone -- $145.00 a month times 8 months. | $145 |
| | Porta-Potty Rental - $83 a month times 8 months | $83 |
| | Truck Expenses – $750.08 times 8 months | $750.08 |
| | Truck Insurance – $200.00 a month. | $200 |
| | Quarterly Taxes – $750.00 times 8 months. | $750 |
| Total Per Month | | $11,664.05 or $7,064.05 |

These are the expenses that my client is currently incurring while waiting for you to clear the necessary building permits for your property. Please advise us as to whether or not it is your intention to pay the past due costs. Note that the future costs to hold my client in place for the completion of the work you contracted is listed above as the cost going forward per month. If you do not intend to compensate him for past due costs we will advise our client to forgo this contract and attempt to negotiate with you for a fair determination as to those costs.

If you have any questions, please do not hesitate to contact us. If you would, please respond in writing to give us a full account of your assessment of this situation.

Sincerely,

Harold L. Boyd, III

**DEFENDANT'S EXHIBIT**
1 pg 2

Copy for Harry & leave on mantle

Date July 30, 2005

- extension of ~~60~~ 90 days = March 1, 2006
- payment 3,999
- once underpinning starts, 10-14 days, we'll drop by & see if work → if so → 2nd draw
- H & R will contact Sunday w/in one week to review of underpinning & beams.
- <u>Rod</u> → w/follow through w/pick up of under permit pinning
- Rod w/follow through w/building permit — if necessary will contact H & Sunday for help
- H will do underpinning & hopefully <u>building permit will come in asap</u> — if not, H will start work & M&B accept responsibility for building fines.

3211
3222
3233
3244

Babak Djourabchi   Harry Self   Rodrigo Avellaneda

**DEFENDANT'S EXHIBIT 2**

DEFENDANT'S EXHIBIT 3

**ADDENDUM**
**SELF CONSTRUCTION Inc.**
8900 Rollingwood Drive,
Fort Washington MD, 20744
(301) 248-1543/(240) 463-5236
harryself@verizon.net

To: Mr. & Mrs. Babak Djourabchi
3459 Holmead Place NW,
Washington D.C.
Office: (202) 434- 5870
Cell: (341) 739-4462
Fax: (202) 434-5029

Scope of Work:

1. Structural Engineer design and certification for basement underpinning. 850.00

2. Provide concrete contractor to install underpinning throughout the basement Of 3459 Holmead Pl NW at an additional cost of 3,149.00 above the original Contracted cost of $ 212,212 dollars.
Herbs concrete will start the work on Monday 8-01-05 and work throughout The week to complete the underpinning and dig out to 16" below original grade.

   3,999.00 due

3. I will need a our third Deposit due to lack of funds to secure the plumber for Starting once the dig out is completed.

4. Herbs Concrete will start the grading and prep work for the Garage after the The plumber has completed his rough in of the waste lines. Upon completing Waste line rough in the 4" slab will be poured in the basement.

5. Framing will start from the basement up to provide structural support for Load bearing sections of the house that will be dependent on that framing.

Acceptance by Owners: _____

Date: July 30, 2006

Contractor: _____  Date: 7-30-05