## Building Construction Agreement

DEFENDANT'S
EXHIBIT

4 Pg 1

THIS AGREEMENT made this ___13th___ day of ___MAY___, 2005, by and between

**Buhak Djourabchi and Monica M. Welt**, as husband and wife, hereinafter referred to as "OWNER"; and

**Harry Self**, as sole proprietor of Self Construction, a general contracting business, Tax ID as of signing is 522037295 (14203 Slidell Ct, #324, Upper Marlboro, MD  20772, *ofc:* (301) 780-8963, *cell:* (240) 463-5236), hereinafter referred to as "CONTRACTOR", for the considerations hereinafter named, agree as follows:

1. **General Purpose:** Project located at 3459 Holmead Place, NW, Washington DC 20010 (hereinafter "HOLMEAD"), which consists of a complete renovation of the residence, the basement unit, a full addition on the 2nd & 3rd floors, and a new garage at this address.

2. **The Scope of the Contract:** CONTRACTOR attests that HOLMEAD shall be CONTRACTOR's primary project and that CONTRACTOR shall furnish all of the labor and material required for the execution of the work described in this Agreement, except to the extent specifically indicated to be the responsibility of others, according to the plans and specifications attached hereto and forming a part of this contract, hereinafter Contract Documents.

3. **Contract Sum and Payment:** OWNER shall pay to CONTRACTOR, and CONTRACTOR shall promptly pay each subcontractor on account of such subcontractor's portion of the work, for furnishing the labor and materials and for the construction of this residence, which shall include all Alternates outlined in the Contract Documents, the total sum of $___212,212.00___ (two-hundred and twelve thousand and two-hundred and twelve dollars and no cents), paid as follows:

   $___20,000.00___ (twenty-thousand dollars and no cents), as down payment on the signing of this Agreement, with the balance in draws of $___20,000.00___(twenty-thousand dollars and no cents) increments commensurate with percentage of work performed, with the final payment being made within forty-five calendar days after completion of the work. OWNER shall not have a reason or an obligation to pay or see to the payment of money to any agent and/or subcontractor. Any and all payments by OWNER, partial or entire, shall not waive other rights reserved herein or constitute acceptance of work not in accord with the Contract Documents. OWNER may withhold payment because of subsequently discovered evidence of substantial breach of a provision of the Contract Documents, including but not limited to, defective work not remedied in accord with Contract Documents, third party claims filed or reasonable evidence of such claims resulting from this project, failure of CONTRACTOR to make payments to subcontractors, for labor, materials or equipment, reasonable evidence that the work cannot be completed for the unpaid balance of the contract sum, or damage to the OWNER.

4. **Proof of Insurance, Etc.:** CONTRACTOR shall provide OWNER and attach hereto both proof of liability insurance and licensing for working as a general contractor in the District of Columbia before commencing construction. By signing this contract, CONTRACTOR further attests that he is insured at an amount no less than $___1,000,000.00___(one million dollars and no cents) for work performed, and licensed as a general contractor in the District of Columbia, and will maintain such during the entire duration of the construction.

5. **Start of construction and completion:** CONTRACTOR shall commence construction of the residence as soon as practical after signing of this Agreement and once adequate preliminary financial arrangements described herein have been made. CONTRACTOR shall complete construction as expeditiously as possible, provided that nothing contained herein shall render CONTRACTOR liable for any delay caused by acts of God that are beyond the control of CONTRACTOR. As time is of the essence, CONTRACTOR attests that completion of construction shall be no later than ___7___ (seven) months from the date of commencement.

OWNER
CONTRACTOR

6. **Documents**: All parties to this agreement will be bound by all specifications referenced herein, including, but not limited to the advertisement for bid, the information for bidders, the letter to bidders, specifications provided by the architect, the bid of CONTRACTOR, and drawings, collectively referred to as the Contract Documents, all of which are incorporated herein by reference. To the extent that this Agreement as a whole conflicts with any other section of the Contract Documents, this Agreement shall control.

*Do Not WAR
Spec sheet 08
of 7-16-05*

7. **Supervision of Work**: OWNER agrees that the direction and supervision of the working force including all subcontractors, or any person or entity that has direct contact with CONTRACTOR to perform a portion of the work at the site, rests exclusively with CONTRACTOR, or his duly designated agent. CONTRACTOR attests that all subcontractors will waive any and all right to place a lien on any and all parts of the construction and this project respectively.

8. **Change Orders**: All changes in or departures from the plans and/or specifications shall be in writing and signed by both OWNER and CONTRACTOR. Where changes in, or departure from, plans and specifications requested in writing by OWNER, will result in furnishing of additional labor and materials the OWNER shall pay CONTRACTOR for such extras at a price agreed upon in writing before commencement of said change. Where such change results in the omitting of any labor or materials, CONTRACTOR shall allow the OWNER a credit therefore at a price agreed to in writing before commencement of said changes.

9. **Possession of Residence Upon Completion**: Upon notice of completion by CONTRACTOR, OWNER shall have 30 (thirty) calendar days to review and report to CONTRACTOR any and all deficiencies of the work with respect to this agreement and the Contract Documents. Prior to final payment, CONTRACTOR will provide OWNER with an affidavit stating that any and all deficiencies have been corrected AND that all labor, materials and equipment used in the construction have been paid for or will be paid for in full by CONTRACTOR unless otherwise noted and that title to all such work will pass to OWNER at the time of the final payment free and clear of liens, claims, security interests, or other encumbrances adverse to the OWNER's interests. Final payment constitutes acceptance of the residence as being satisfactorily completed unless a separate escrow agreement is executed between the parties stipulating the unfinished items.

10. **OWNER**: If CONTRACTOR neglects to carry out the work in accordance with the requirements of the Contract Documents or to correct any such work performed otherwise, OWNER may issue a written order to CONTRACTOR to stop the work, or any portion thereof, until the cause for such order is eliminated.

11. **CONTRACTOR**: CONTRACTOR is entitled to rely on the accuracy of information furnished by the OWNER, but shall exercise proper precautions. CONTRACTOR shall be familiar with all Contract Documents, and shall observe and report to OWNER any conditions at the site affecting the work. CONTRACTOR shall be responsible to the OWNER for acts and omissions of CONTRACTOR's employees, subcontractors, as well as any and all agents of each respective entity.

12. **Permits, Fees and Notices**: Unless otherwise provided in the Contract Documents, ~~CONTRACTOR~~ **OWNER** *AB2L* shall secure and pay for the building permit and other permits and government fees, licenses and inspections necessary for proper execution and completion of the work.

13. **Warranty**: CONTRACTOR warrants to OWNER that materials and equipment furnished under this agreement will be new and of high quality (better than builder grade), unless otherwise required or permitted by the Contract Documents, that the work will be free from defects not inherent in the quality required or permitted, and that the work will conform with the requirements of the Contract Documents. Work not conforming to these requirements, including but not limited to substitutions not properly approved and authorized, whether discovered before or after substantial completion, will need to be corrected by CONTRACTOR with the same being responsible for all costs for such corrections. CONTRACTOR warranties that all aspects of the completed construction will be free from defects and in accordance with the terms of the Contract Documents. If within one year after the final payment, any of the work is found not to be in accordance with the requirements of the Contract Documents, CONTRACTOR shall correct it promptly after receipt of written notice from

Page 2 of 4

OWNER
CONTRACTOR

**DEFENDANT'S EXHIBIT**
4 pg 2

6. **Documents**: All parties to this agreement will be bound by all specifications referenced herein, including, but not limited to the advertisement for bid, the information for bidders, the letter to bidders, specifications provided by the architect, the bid of CONTRACTOR, and drawings, collectively referred to as the Contract Documents, all of which are incorporated herein by reference. To the extent that this Agreement as a whole conflicts with any other section of the Contract Documents, this Agreement shall control.

*Do Not WAR*
*Spec sheet 08*
*of 7-16-05*

7. **Supervision of Work**: OWNER agrees that the direction and supervision of the working force including all subcontractors, or any person or entity that has direct contact with CONTRACTOR to perform a portion of the work at the site, rests exclusively with CONTRACTOR, or his duly designated agent. CONTRACTOR attests that all subcontractors will waive any and all right to place a lien on any and all parts of the construction and this project respectively.

8. **Change Orders**: All changes in or departures from the plans and/or specifications shall be in writing and signed by both OWNER and CONTRACTOR. Where changes in, or departure from, plans and specifications requested in writing by OWNER, will result in furnishing of additional labor and materials the OWNER shall pay CONTRACTOR for such extras at a price agreed upon in writing before commencement of said change. Where such change results in the omitting of any labor or materials, CONTRACTOR shall allow the OWNER a credit therefore at a price agreed to in writing before commencement of said changes.

9. **Possession of Residence Upon Completion**: Upon notice of completion by CONTRACTOR, OWNER shall have 30 (thirty) calendar days to review and report to CONTRACTOR any and all deficiencies of the work with respect to this agreement and the Contract Documents. Prior to final payment, CONTRACTOR will provide OWNER with an affidavit stating that any and all deficiencies have been corrected AND that all labor, materials and equipment used in the construction have been paid for or will be paid for in full by CONTRACTOR unless otherwise noted and that title to all such work will pass to OWNER at the time of the final payment free and clear of liens, claims, security interests, or other encumbrances adverse to the OWNER's interests. Final payment constitutes acceptance of the residence as being satisfactorily completed unless a separate escrow agreement is executed between the parties stipulating the unfinished items.

10. **OWNER**: If CONTRACTOR neglects to carry out the work in accordance with the requirements of the Contract Documents or to correct any such work performed otherwise, OWNER may issue a written order to CONTRACTOR to stop the work, or any portion thereof, until the cause for such order is eliminated.

11. **CONTRACTOR**: CONTRACTOR is entitled to rely on the accuracy of information furnished by the OWNER, but shall exercise proper precautions. CONTRACTOR shall be familiar with all Contract Documents, and shall observe and report to OWNER any conditions at the site affecting the work. CONTRACTOR shall be responsible to the OWNER for acts and omissions of CONTRACTOR's employees, subcontractors, as well as any and all agents of each respective entity.

12. **Permits, Fees and Notices**: Unless otherwise provided in the Contract Documents, ~~CONTRACTOR~~ *OWNER* shall secure and pay for the building permit and other permits and government fees, licenses and inspections necessary for proper execution and completion of the work.

13. **Warranty**: CONTRACTOR warrants to OWNER that materials and equipment furnished under this agreement will be new and of high quality (better than builder grade), unless otherwise required or permitted by the Contract Documents, that the work will be free from defects not inherent in the quality required or permitted, and that the work will conform with the requirements of the Contract Documents. Work not conforming to these requirements, including but not limited to substitutions not properly approved and authorized, whether discovered before or after substantial completion, will need to be corrected by CONTRACTOR with the same being responsible for all costs for such corrections. CONTRACTOR warranties that all aspects of the completed construction will be free from defects and in accordance with the terms of the Contract Documents. If within one year after the final payment, any of the work is found not to be in accordance with the requirements of the Contract Documents, CONTRACTOR shall correct it promptly after receipt of written notice from

OWNER
CONTRACTOR

**DEFENDANT'S EXHIBIT**
4 pg 2

the OWNER. All cost for any work necessary to correct any defects shall lie solely with CONTRACTOR. This does not preclude any additional warranties attached to any products or work performed by CONTRACTOR, as well as, any and all subcontractors and agents.

14. **Indemnification:** To the fullest extent permitted by law and without imposing a limit on amount or type of damages, compensation or benefits payable by or for CONTRACTOR or Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts, CONTRACTOR shall indemnify and hold harmless the OWNER from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the work, but only to the extent caused by the negligent and/or reckless acts or omissions of CONTRACTOR, his Subcontractor(s), and/or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss or expense is caused in part by a party indemnified hereunder.

15. **Right to Terminate the Contract:** Should the work be stopped by any public authority for a period of ninety (90) days or more, through no fault of CONTRACTOR, or should the work be stopped through act or neglect of the OWNER for a period of fifteen (15) business days, or should the OWNER fail to pay CONTRACTOR any payment within fifteen (15) business days after it is due, then CONTRACTOR upon seven (7) business days written notice to the OWNER, may stop work or terminate the contract and recover from the OWNER reasonable payment for all work executed and any loss sustained and reasonable profit and damages up to the point of termination on the project.

16. **Owner's Right to Perform/Award Separate Contracts:** OWNER reserves the right to perform construction or operation related to HOLMEAD with the OWNER's own forces, and to award separate contracts in connection with portions on the site. CONTRACTOR shall afford the OWNER and separate contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their relative activities, and CONTRACTOR shall connect and coordinate his activities with those of other contractors as to meet the final objective of the Contract Documents.

17. **Governing Law and Assignment of Contract:** This contract shall be governed by the laws of the District of Columbia. Neither party to this contract shall have the right to assign this contract without written consent of the other.

IN WITNESS WHEREOF, and in acknowledgement of having read and fully understanding the provisions of this Agreement and all Contract Documents, as well as having visited the site and become reasonably familiar with conditions under which the work is to be performed, CONTRACTOR and OWNER have hereunto set their hands this ____ day of _____ 2005.

CONTRACTOR (Signature)

OWNER (Signature)

OWNER (Signature)

CONTRACTOR (Print)

OWNER (Print)

OWNER (Print)

**DEFENDANT'S
EXHIBIT**

Page 3 of 4

OWNER
CONTRACTOR

March 5, 2005


DEFENDANT'S EXHIBIT 5 pg 1

## LETTER TO BIDDERS

RE: 3459 Holmead Place NW, Washington, DC

Contact information:  Babak Djourabchi (202-434-5870)
Monica Welt

Bids are to be faxed on 03/21/2005 by 4:00 pm.
To attention Monica Welt @ 202-204-1001

General Items for GC:

1. House will be unoccupied during construction.
2. MEP designs to be done by GC/subcontractor, general guidelines will be provide in the attached documents.
3. Roof to be inspected in walk-thru to evaluate condition of underlayment and to see if there is any insulation; if new roof, underlayment, and/or insulation is required, price as **Alternate #1.**
4. Roof at bay window (off bedroom #5) to be inspected, price changing underlayment and reproofing with a membrane roof as **Alternate #2.**
5. GC to verify existing electrical service; provide 200 amps for each un't.
6. All windows to be replaced by white vinyl, double hung low-e windows. Fixed panes at front elevation to be priced as **Alternate #2.**
7. GC to provide 4" recess incandescent down lights. Provide a total count of 60 cans, location to be determined by owner.
8. Provide 6 electrical outlets, 1 cable, and 1 high capacity phone jack per room.
9. Provide 2 electrical outlets per bathroom, 6 outlets in Master bath/closet.
10. All interior doors, except for bedrooms 1, 2, 3 & 5 to be new solid core Merilat 5 panel doors, paint grade. Bedrooms 1, 2, 3 & 5 to be 10 pane divided glass.
11. Install smoke detectors at each bedroom and hallway.
12. Provide low-e, 5 foot or longer, baseboard heaters below bench at sunroom.
13. At garage provide power for garage door opener and a total of 6 outlets. Also extend power, gas and water line to roof deck above garage.
14. Typical for all bathrooms provide 48" tile wainscot. Provide allowance for tile.
15. Provide allowance for all plumbing fixtures; owner will select a standard set from Kohler to be used. Master bath to have 2 shower heads.
16. All cabinets in kitchen and bathrooms provided by owner and installed by GC. Kitchen countertops will be provided and installed by independent contractor.



DEFENDANT'S
EXHIBIT

5 pg 2

17. Kitchen pocket doors to be provided by owner and installed by GC.

18. All pendant lights and sconces to be provided by owner and installed by GC.

19. GC to coordinate with owner specific power, plumbing and mechanical requirements of kitchen and bathroom fixtures.

20. All hardware to be "Schlage" Accent.

21. At 1st floor & Master provide crown molding and wainscot paneling.

22. Provide new wood floor at Bedroom #4, #5 and Master.  Price as **Alternate #3.**

23. Owners will provide and GC will install Security Storm Door for the rear entrance.

24. GC to build small door behind bath with outlet underneath 1st floor stairs.

25. Owners will provide and GC will install new front stairs.

26. GC will improve and repaint existing front double doors.  Owners will provide and GC will install new interior front door.

27. GC to field verify all existing conditions before starting work; if any discrepancy is found, GC must contact owners for written approval/waiver before proceeding.

28. GC to obtain all building permits.

29. Please use attached breakdown form to present your bid.