IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | )   Civil Action No. 06-810 (RCL) |
| | ) |
| HARRY J. SELF, JR., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Dismiss Counterclaim ("Motion"), Defendants' Opposition thereto, and Plaintiffs' Reply to Defendants' Opposition, and any oral argument, it is by the United States District Court for the District of Columbia, this ___ day of _____, 2006,

**ORDERED** that Plaintiffs' Motion be and hereby is **GRANTED**, and it is further

**ORDERED** that Defendants' Counterclaim be and hereby is **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that Plaintiffs are hereby awarded judgment against Defendants in the amount of Two Thousand Eight Hundred Dollars ($2,800.00) for costs and attorneys' fees incurred in responding to both Defendants' Counterclaim and Defendants' Opposition to the Motion.

 

_____
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia

Copies to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Plaintiffs*

Reginald M. Sealey, Esquire
The Law Offices of Reginald M. Sealey
Harold L. Boyd, III
The Boyd Law Firm
6231 Crain Hwy, SE
Upper Marlboro, Maryland 20772
*Counsel for Defendants*

J:\04400.003\Pld\By Clients\Motion to Dismiss Counterclaim\006sws MotionToDismissReply Order.doc:bd