IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BABAK DJOURABCHI, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-810 (RCL) |
| | ) | |
| HARRY J. SELF, JR., *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COME NOW, Plaintiffs Babak Djourabchi and Monica Welt, by counsel, pursuant to Fed. R. Civ. P. 15 and Local Rule 7, and move this Honorable Court to grant Plaintiffs leave to file an amended Complaint in the above-entitled action to add a cause of action against the Defendants. In support of this Motion, Plaintiffs state as follows:

1.      On May 2, 2006, Plaintiffs filed their Complaint herein against Defendants Harry J. Self, Jr. and Self Construction, Inc. a/k/a Self Construction.

2.      On June 12, 2006, Defendants filed an Answer, a Counterclaim, and a Motion to Dismiss Defendant Harry J. Self, Jr. from the action.

3.      On July 3, 2006, Plaintiffs filed a Motion to Dismiss Defendants' Counterclaim.

4.      To-date, the parties' respective Motions to Dismiss each remain pending before the Court, and the Court has not issued any Order for Initial Scheduling Conference.

5.      Plaintiffs desire to amend their Complaint to assert an additional cause of action against Defendants for fraud/fraudulent misrepresentation/fraudulent inducement.  A true and correct copy of the Amended Complaint is attached hereto as Exhibit "A."

6.      Fed. R. Civ. P. 15 provides, in pertinent part, that leave to amend a party's pleading "shall be freely given when justice so requires."  Moreover, this Court has held that such leave shall be granted if there is an "absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility."  Richardson v. United States, 193 F.3d 545, 548-549 (D.C. Cir. 1999).

7.      The granting of this Motion would further the ends of justice by permitting Plaintiffs to plead their claim of fraud/fraudulent misrepresentation/fraudulent inducement against Defendants, and Plaintiffs make the instant Motion in a good-faith effort to ensure that the entirety of their claims are brought before the Court.

8.      Moreover, the granting of this Motion will neither unduly delay the instant action nor unduly prejudice Defendants, as the Court has yet to issue any Order for Initial Scheduling Conference imposing any deadlines on the parties.

9.      In addition, no previous requests for leave to amend the Complaint have been made by Plaintiffs, and no deficiencies therein have been alleged, much less ordered cured.

10.      Finally, the granting of the Motion is not futile as there is no pending dispositive challenge to Plaintiff's Complaint.

WHEREFORE, Plaintiffs Babak Djourabchi and Monica Welt respectfully request that the Court issue an Order granting Plaintiffs leave to file the Amended Complaint attached hereto, and deeming the Amended Complaint to have been filed and served on Defendants by mail on the date on which the Order is entered; and grant such further relief as the Court deems necessary and just.

Respectfully submitted,

BABAK DJOURABCHI and
MONICA WELT

By Counsel


/s/ Stephen W. Smith
Gerald I. Katz, D.C. Bar No. 237925
Stephen W. Smith, D.C. Bar No. 463900
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
(703) 761-3000
(703) 761-6179 (fax)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and accurate copies of the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**, attached **AMENDED COMPLAINT**, and accompanying proposed **ORDER** were electronically filed with the Clerk of the Court using the CM/ECF system this 5th day of October, 2006, which will send a notice of electronic filing to the following:

> Reginald M. Sealey, Esquire
> The Law Offices of Reginald M. Sealey
> Harold L. Boyd, III
> The Boyd Law Firm
> 6231 Crain Hwy, SE
> Upper Marlboro, Maryland 20772
> *Counsel for Defendants*


/s/ Stephen W. Smith
Stephen W. Smith

J:\04400.003\Pld\By Clients\Complaint & Service\003sws Motion for Leave to Amend Complaint.doc