IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| HARRY J. SELF, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Leave to File Amended Complaint ("Motion"), and any further briefs and/or oral argument thereon, it is by the United States District Court for the District of Columbia, this ___ day of _____, 2006,

**ORDERED** that Plaintiffs' Motion be and hereby is **GRANTED**, and it is further

**ORDERED** that the Amended Complaint attached to Plaintiff's Motion be and hereby is deemed **FILED AND SERVED** on Defendants, by mail, on the date on which this Order is entered by the Court.

_____
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia

Copies to:

Gerald I. Katz, Esquire
Stephen W. Smith, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Plaintiffs*

Reginald M. Sealey, Esquire
The Law Offices of Reginald M. Sealey
Harold L. Boyd, III
The Boyd Law Firm
6231 Crain Hwy, SE
Upper Marlboro, Maryland 20772
*Counsel for Defendants*

3

J:\04400.003\Pld\By Clients\Complaint & Service\004sws Motion for Leave Order.doc:bd