UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BABAK DJOURABCHI, *et al.,* | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  1:06CV00810 |
| | ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. *et. al.,* | ) | Deck Type:  Contract |
| | ) | Date Stamp: |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

UPON CONSIDERATION of Plaintiff Motion for Leave to File Amended

Complaint, and the Defendants' Opposition thereto, it is this            day of

, 2006, by the United States District Court for the District of Columbia,

ORDRED, that Plaintiff's Motion for Leave to File Amended Complaint is hereby

DENIED.

_____
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia