UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:06CV00810 |
| ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. *et. al.*, ) | Deck Type: Contract |
| ) | Date Stamp: |
| Defendants. ) | |
| ) | |

## ORDER

UPON CONSIDERATION of Plaintiff Motion for Leave to File Amended Complaint, and the Defendants' Opposition thereto, it is this        day of           , 2006, by the United States District Court for the District of Columbia,

ORDRED, that Plaintiff's Motion for Leave to File Amended Complaint is hereby DENIED.

_____
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia