UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al., ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| vs. ) | Case No.  1:06CV00810 |
| ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. ) | Deck Type:  Contract |
| ) | Date Stamp: |
|     Defendant. ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Comes Now, Defendants HARRY SELF, JR. by and through undersigned Counsel, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 7, and requests an enlargement of time to respond to Plaintiff's Amended Complaint.

1. This Court on the 14th day of December, 2006, issued an order granting, *inter alia*, Plaintifff's Motion to File an Amended Complaint.

2. Pursuant to said order the Court issued a notice dated December 14, 2006 requiring the Plaintiff's to amend their complaint by the December 24, 2006.  The notice also directed Defendant to respond to Plaintiff's Amended Complaint by January 3, 2007.

3. Counsel for the Defendant humbly request an enlargement of time for at leaset 15 days to respond to Plaintiff's Amended Complaint as Counsel for the Defendant is a sole practitioner and will be out of town until the 3rd day of January.

4. Additionally, Counsel for the Defendant and the Defendant have agreed that that Counsel for the Defendant will withdraw his representation of the Defendant in the case as new counsel is being sought by the Defendant.

WHEREFORE, Defendants requests this Honorable Court to

a. Grant Defendant request for additional time.

b. For such other and further relief as this Honorable Court may deem just and proper.

Respectfully Submitted

SELF CONSTRUCTION, INC.

By Counsel
/s/ Reginald M. Sealey
The Law Offices of Reginald M. Sealey, LLC
D.C. Bar No. 385632
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301)952-8809
Fax (301) 952-9220
*Counsel for the Defendant*

/s/ Harold L. Boyd, III
Harold L. Boyd, III
The Boyd Law Firm
D.C. Bar No. 481736
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-2004
Fax (301) 952-9220
*Counsel for the Defendant*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of December, 2006, true and accurate copies of the foregoing DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLANT, and accompanying proposed ORDER were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Gerald I. Katz and Stephen W. Smith
Attorneys for the Plaintiff
Katz & Stone, L.L.P
8230 Leesburg, Pike, Suite 600
Vienna, Virginia  22182

/s/ Harold L. Boyd, III
Harold L. Boyd, III, Esq.