UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al., )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>HARRY J. SELF, JR. et. Al., )<br>)<br>    Defendants. )<br>) | Case No.  1:06CV00810<br>Judge: Royce C. Lamberth<br>Deck Type:  Contract<br>Date Stamp: |

## **ORDER**

Upon Consideration of Defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Amended Complaint, and for good cause shown and in consideration of any opposition thereto, it is this      day of           200   . hereby

ORDERED that defendant shall have until the      day of           200  , to file a response to Plaintiff's Amended Complaint.

SO ORDERED.


Signed by                                                              United States District Judge