# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

**BABAK DJOURABCHI,** *et al.*,           )
                                          )
     **Plaintiffs,**                      )
                                          )
     **v.**                               )     **Civil Action No. 06-810 (RCL)**
                                          )
**HARRY J. SELF, JR.,** *et al.*,         )
                                          )
     **Defendants.**                      )
_____)

## ORDER

Upon consideration of defendants' Motion [22] for an Enlargement of Time to Respond to plaintiffs' Amended Complaint, and for good cause shown, it is hereby

ORDERED, that defendants' Motion [22] is GRANTED; and it is further

ORDERED, that defendants shall have to and including January 19, 2007 to respond to plaintiffs' Amended Complaint.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 2, 2007.

1