UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:06CV00810 |
| ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. ) | Deck Type: Contract |
| ) | Date Stamp: |
| Defendants. ) | |

## MOTION TO WITHDRAW REPRESENTATION

Comes Now, Harold L. Boyd, the Boyd Law Firm, LLC and Reginald M. Sealey, The Law Offices of Reginald M. Sealey, LLC and moves this Honorable Court for an order allowing their respective law firms to withdraw their appearance as attorneys of record for the Defendant(s) herein, HARRY J. SELF AND SELF CONSTRUCTION, CO, and as reason for said motion states as follows:

1. That the Boyd Law Firm, LLC was retained to represent the Defendant(s), on or about August 25, 2005.

2. That subsequent to the filing of the said lawsuit a mutual agreement was reached between the Boyd Law Firm and the Defendant terminating the retainer contract previously executed.

3. The Defendant's have been advised through a letter dated December 23, 2007, that he must have a new attorney file an appearance as soon as possible. The Defendant(s) on the on the 8th day of January, 2007, have also been mailed by certified mail, this motion, and this Court's Order indicating that the deadline for filing a response to the Plaintiff's Amended Complaint is January 19, 2007.

WHEREFORE, The Boyd Law Firm and the Law Offices of Reginald M. Sealey prays this Honorable Court enter an order allowing their respective firms to withdraw their appearance as attorney for the Defendant(s).

Respectfully Submitted

By Counsel for Defendant(s)

/s/ Reginald M. Sealey
The Law Offices of Reginald M. Sealey, LLC
D.C. Bar No. 385632
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301)952-8809
Fax (301) 952-9220
*Counsel for the Defendant*

/s/ Harold L. Boyd, III
Harold L. Boyd, III
The Boyd Law Firm
D.C. Bar No. 481736
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-2004
Fax (301) 952-9220
*Counsel for the Defendant*

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on the 9th day of January, 2007, true and accurate copies of the foregoing MOTION TO WITHDRAW , and accompanying proposed ORDER were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

>Gerald I. Katz and Stephen W. Smith
>Attorneys for the Plaintiff
>Katz & Stone, L.L.P
>8230 Leesburg, Pike, Suite 600
>Vienna, Virginia  22182

And a copy of this motion was mailed to the Defendants on the 8th day of January, 2007, standard mail, postage prepaid and certified mail at the following address:

>Mr. Harry J. Self
>8900 Rollingwood Drive
>Fort Washington, MD  20744

>>/s/ Harold L. Boyd, III
>>Harold L. Boyd, III, Esq.

3