UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al.,                ) | |
|     Plaintiff                                              ) | |
| vs.                                                                 ) | Case No.  1:06CV00810 |
|                                                             ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. et. Al.,                 ) | Deck Type:  Contract |
|                                                             ) | Date Stamp: |
|     Defendants.                                  ) | |

## **ORDER**

Upon Consideration of Defense Counsel's Motion to Withdraw as Counsel to the Defendants t, and for good cause shown and in consideration of any opposition thereto, it is this        day of                200   . hereby

ORDERED that Defense Counsel's Motion to Withdraw as Counsel to the Defendant is hereby GRANTED.

SO ORDERED.


Signed by                                                                             United States District Judge