UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, JR.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

The Motion [25] of defendants' counsel to withdraw representation is stricken from the record because counsel have failed to comply with Local Civil Rule 83.6(c).

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 12, 2007.

1