UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BABAK DJOURABCHI, et al., )
        )
    Plaintiff )
        )
vs. )  Case No. 1:06CV00810
        )  Judge: Royce C. Lamberth
HARRY J. SELF, JR. )  Deck Type: Contract
        )  Date Stamp:
    Defendant. )
        )

## SECOND MOTION TO WITHDRAW REPRESENTATION

Comes Now, Harold L. Boyd, the Boyd Law Firm, LLC and Reginald Sealey, The Law Offices of Reginald M. Sealey and moves this Honorable Court for an order allowing their respective law firms to withdraw their appearance as attorneys of record for the Defendants herein, HARRY J. SELF AND SELF CONSTRUCTION, CO, and as reason for said motion state as follows:

1. That the Boyd Law Firm, LLC was retained to represent the Defendant(s), on or About August 25, 2005.

2. That subsequent to the filing of the said lawsuit a mutual agreement was reached between the Boyd Law Firm and the Defendant terminating the retainer contract previously executed.

3. The Defendant's have abeen advised verbally and through a letter dated December 23, 2007, that he must file a new appearance for a new attorney as soon as possible. The Defendant(s) on the 8th day of January, 2007 have also been mailedl, this second motion, and this Court's Order indicating that the deadline for filing a response to the Plaintiff's Amended Complaint is January 19, 2007.

WHEREFORE, Harold L. Boyd, III and The Boyd Law Firm and Reginald M. Sealey and The Law Offices of Reginald M. Sealey pray this Honorable Court to enter an order allowing their respective firms to withdraw their appearance as attorney(s) for the Defendant(s).

          Respectfully Submitted

          By Counsel for the Defendant(s)

          /s/ Reginald M. Sealey
          The Law Offices of Reginald M. Sealey, LLC
          D.C. Bar No. 385632
          6231 Crain Hwy, SE
          Upper Marlboro, Maryland  20772
          Phone (301)952-8809
          Fax (301) 952-9220
          *Counsel for the Defendant*

          /s/ Harold L. Boyd, III
          Harold L. Boyd, III
          The Boyd Law Firm
          D.C. Bar No. 481736
          6231 Crain Hwy, SE
          Upper Marlboro, Maryland  20772
          Phone (301) 952-2004
          Fax (301) 952-9220
          *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of January, 2007, true and accurate copies of the foregoing SECOND MOTION TO WITHDRAWREPRESENTATION, and accompanying proposed ORDER were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

          Gerald I. Katz and Stephen W. Smith
          Attorneys for the Plaintiff
          Katz & Stone, L.L.P
          8230 Leesburg, Pike, Suite 600
          Vienna, Virginia  22182

I FURTHER HEREBY CERTIFY, that a copy of this SECOND MOTION was mailed standard mail, postage prepaid to the Defendant(s) on the 13th day of January, 2007, at the defendant(s) address below and that the attached notice pursuant to United States District Court LCvR 83. 6 was also mailed standard mail, postage prepaid to the Defendant(s) on the 13th day of January, 2007, at the Defendants address at:

    Mr. Harry J. Self
    Self Construction, Co.
    8900 Rollingwood Drive
    Fort Washington, MD  20744

    /s/ Harold L. Boyd, III
    Harold L. Boyd, III, Esq.
    D.C. Bar No. 481736

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al., )<br>)<br>    Plaintiff )<br>)<br>vs. )<br>)<br>HARRY J. SELF, JR. )<br>)<br>    Defendant. )<br>) | Case No.  1:06CV00810<br>Judge: Royce C. Lamberth<br>Deck Type:  Contract<br>Date Stamp: |

**NOTICE TO DEFENDANT(S) HARRY J. SELF AND SELF CONSTRUCTION CO. PURSUANT TO LCVR 83.6.**

    You are hereby notified that Harold L. Boyd, III, and the Boyd Law Firm through Reginald L. Sealey and the Law Offices of Reginald Sealey have moved to withdraw their representation of you in the above captioned case.


YOU ARE HERBY ADVISED TO OBTAIN NEW COUNSEL AS SOON AS POSSIBLE. IF YOU INTEND TO CONDUCT THE CASE PRO SE (I.E. REPRESENT YOURSELF), OR IF YOU  OBJECT TO THE WITHDRAWAL, PLEASE NOTIFY THE CLERK OF THE COURT IN WRITING WITHIN FIVE (5) DAYS OF SERVICE OF THIS MOTION AT:

    Clerk's Office
    United States District Court
    for the District of Columbia
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001
    (202) 354-3000
    (202) 354-3050

.

    /s/ Reginald M. Sealey
    The Law Offices of Reginald M. Sealey, LLC
    D.C. Bar No. 385632
    6231 Crain Hwy, SE
    Upper Marlboro, Maryland  20772
    Phone (301)952-8809
    Fax (301) 952-9220

*Counsel for the Defendant*

/s/ Harold L. Boyd, III
Harold L. Boyd, III
The Boyd Law Firm
D.C. Bar No. 481736
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-2004
Fax (301) 952-9220
*Counsel for the Defendant*