UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:06CV00810 |
| ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. et. Al., ) | Deck Type: Contract |
| ) | Date Stamp: |
| Defendants. ) | |

## ORDER

Upon Consideration of Defense Counsel's Motion to Withdraw as Counsel to the Defendant(s), and in consideration of any opposition thereto and for good cause shown, it is this       day of                    200   , hereby

ORDERED, that Defense Counsel's Motion to Withdraw as Counsel to the Defendant(s) is hereby GRANTED.

SO ORDERED.


Signed by                                              United States District Judge