UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————

| | | |
|---|---|---|
| BABAK DJOURABCHI, et al., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  1:06CV00810 |
| | ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. | ) | Deck Type:  Contract |
| | ) | Date Stamp: |
| Defendant. | ) | |

———————————————————————)

### NOTICE TO DEFENDANT(S) HARRY J. SELF AND SELF CONSTRUCTION CO. PURSUANT TO LCVR 83.6.

You are hereby notified that Harold L. Boyd, III, and the Boyd Law Firm through Reginald L. Sealey and the Law Offices of Reginald Sealey have moved to withdraw their representation of you in the above captioned case.

YOU ARE HERBY ADVISED TO OBTAIN NEW COUNSEL AS SOON AS POSSIBLE. IF YOU INTEND TO CONDUCT THE CASE PRO SE (I.E. REPRESENT YOURSELF), OR IF YOU  OBJECT TO THE WITHDRAWAL, PLEASE NOTIFY THE CLERK OF THE COURT IN WRITING WITHIN FIVE (5) DAYS OF SERVICE OF THIS MOTION AT:

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 354-3000
(202) 354-3050

.

/s/ Reginald M. Sealey
The Law Offices of Reginald M. Sealey, LLC
D.C. Bar No. 385632
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301)952-8809
Fax (301) 952-9220

*Counsel for the Defendant*

<u>/s/ Harold L. Boyd, III</u>
Harold L. Boyd, III
The Boyd Law Firm
D.C. Bar No. 481736
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772
Phone (301) 952-2004
Fax (301) 952-9220
*Counsel for the Defendant*