UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, et al., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 1:06CV00810 |
| ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. ) | Deck Type: Contract |
| ) | Date Stamp: |
| Defendant. ) | |
| ) | |

### DEFENDANTS' SECOND MOTION FOR AN ENLARGEMENT OF TIME TO RETAIN NEW COUNSEL AND TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Comes Now, defendant(s) HARRY SELF, JR. by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 7, and requests an additional and final enlargement of time to respond to plaintiffs' Amended Complaint.

1. This Court on the 2nd day of January, 2007, issued and order granting defendant(s)' previous Motion for an Enlargement of Time to allow defendant(s) until the 19th day of January, 2007, to retain new counsel and respond to the plaintiff's Amended Complaint.

2. Defense counsel on the 9th day of January, 2007, filed a motion to withdraw representation of the defendant(s), which motion was denied by this court on the 12th day of January, 2007, on grounds that said motion failed to comply with Local Civil Rule 83.6(c).

3. Consequently, defense counsel filed another motion to withdraw representation of the defendant(s) on or about the 14th day of January, 2007, that is currently pending consideration by this Honorable Court.

4. In the interim, defendant(s) have requested that defense counsel request additional time to solidify new representation which has resulted in the instant motion to enlarge time.

5. Defendant(s) request in sincere and done in good faith and without the intention of prejudicing the plaintiffs or unduly delaying the proceedings of this Honorable Court.

6. Defendant, through undersigned counsel, again, humbly requests a final enlargement of time for at least 15 days to respond to retain new counsel and respond to plaintiffs' Amended Complaint.

WHEREFORE, defendants requests this Honorable Court to

a. Grant defendant(s)' request for additional time.

b. For such other and further relief as this Honorable Court may deem just and proper.

## Verification

I hereby swear and affirm under penalty of perjury that the facts and allegations herein are true and correct to the best of my knowledge, information and belief.

/s/ Harry Self

Respectfully Submitted
HARRY SELF AND SELF CONSTRUCTION, INC.

By Counsel
/s/ Reginald M. Sealey
The Law Offices of Reginald M. Sealey, LLC
D.C. Bar No. 385632
6231 Crain Hwy, SE
Upper Marlboro, Maryland  20772

        Phone (301)952-8809
        Fax (301) 952-9220
        *Counsel for the Defendant*

        /s/ Harold L. Boyd, III
        Harold L. Boyd, III
        The Boyd Law Firm
        D.C. Bar No. 481736
        6231 Crain Hwy, SE
        Upper Marlboro, Maryland  20772
        Phone (301) 952-2004
        Fax (301) 952-9220
        *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of January, 2006, true and accurate copies of the foregoing DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME, and accompanying proposed ORDER were electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

        Gerald I. Katz and Stephen W. Smith
        Attorneys for the Plaintiff
        Katz & Stone, L.L.P
        8230 Leesburg, Pike, Suite 600
        Vienna, Virginia  22182

                /s/ Harold L. Boyd, III
                Harold L. Boyd, III, Esq.