UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| BABAK DJOURABCHI, et al.,  ) | |
| ) | |
|     Plaintiff  ) | |
| ) | |
| vs.  ) | Case No. 1:06CV00810 |
| ) | Judge: Royce C. Lamberth |
| HARRY J. SELF, JR. et. Al.,  ) | Deck Type: Contract |
| ) | Date Stamp: |
|     Defendant(s).  ) | |

_____)

## **ORDER**

Upon consideration of defendant(s)' Motion for an Enlargement of Time to retain additional counsel and to respond to plaintiffs' Amended Complaint, for good cause shown and in consideration of any opposition thereto, it is this      day of          200 . hereby

ORDERED that defendant(s) shall have until the      day of          200 , to file a response to plaintiffs' Amended Complaint.

SO ORDERED.

Signed by United States District Judge