UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, JR.**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of defendant(s)' Motion [28] for an Enlargement of Time to retain additional counsel and to respond to plaintiffs' Amended Complaint, for good cause shown, it is this 18th day of January, 2007, hereby

ORDERED that defendant(s) shall have until the 9th day of February, 2007 to file a response to plaintiffs' Amended Complaint.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 18, 2007.