UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **HARRY J. SELF., JR.** *et al.*, <br><br> Defendant. | Civil Action No. 06-810 (RCL) |

## ANSWER OF DEFENDANT HARRY J. SELF, JR.

### FIRST DEFENSE

The First Amended Complaint fails to state a claim on which relief can be granted.

### SECOND DEFENSE

Defendant relies on the defense of estoppel.

### THIRD DEFENSE

Defendant relies on the defense of Unclean Hands.

### FOURTH DEFENSE

Defendant relies on the defense of illegality.

### FIFTH DEFENSE

Defendant relies on the defense of waiver.

### SIXTH DEFENSE

Defendant relies on the defense of fraud.

1

## SEVENTH DEFENSE

1. Defendant admits the allegation of Paragraph 1 except he denies that there were any damages incurred.

2. Defendant admits the allegation of Paragraph 2.

3. Defendant admits the allegation of Paragraph 3.

4. Defendant admits the allegation of Paragraph 4.

5. Defendant admits the allegation of Paragraph 5.

6. Defendant admits the allegation of Paragraph 6.

7. Defendant admits the allegation of Paragraph 7.

8. Defendant pleads to Paragraph 8 as follows:

   a. Denied.

   b. Denied.

   c. Admitted.

   d. Admitted.

   e. Admitted.

   f. Admitted.

   g. Denied.

9. Defendant admits the allegation of Paragraph 9.

10. Defendant denies the allegation of Paragraph 10.

11. Defendant denies the allegation of Paragraph 11.

12. Defendant denies the allegation of Paragraph 12.

13. Defendant denies the allegation of Paragraph 13.

14. Defendant denies the allegation of Paragraph 14.

15. Defendant admits the allegation of Paragraph 15.

16. Defendant admits the allegation in Paragraph 16 that he has not paid the amount claimed but denies all remaining allegations of fact in Paragraph 16.

17. Paragraph 17 needs no further response.

18. Defendant denies the allegation of Paragraph 18.

19. Defendant denies the allegation of Paragraph 19.

WHEREFORE, defendant requests judgment in his favor on Count I of the Complaint and the costs of defending this action.

20. Paragraph 20 needs no further response.

21. Defendant admits the allegation of Paragraph 21.

22. Defendant admits the allegation of Paragraph 22.

23. Defendant admits the allegation of Paragraph 23 but denies that plaintiffs suffered any damages from the actions of defendant.

24. Defendant admits the allegation in Paragraph 24 that plaintiffs seek judgment in the stated amount but deny that any damages were incurred as a result of any actions by defendant.

WHEREFORE, defendant requests judgment in his favor on Count II of the Complaint and the costs of defending this action and reasonable attorney fees

25. Paragraph 25 needs no further response.

26. To the extent that defendant understands the sentence in Paragraph 26, Defendant denies the allegation of Paragraph 26. Defendant is

unable to be more specific as the statement alleged to have been false is not specifically pled or identified.

27. To the extent that defendant understands the sentence in Paragraph 27, Defendant denies the allegation of Paragraph 27. Defendant is unable to be more specific as the statement alleged to have been false is not specifically pled or identified.

28. To the extent that defendant understands the sentence in Paragraph 28, Defendant denies the allegation of Paragraph 28. Defendant is unable to be more specific as the statement alleged to have been false is not specifically pled or identified.

29. Defendant denies that the actions alleged were committed by defendant and denies the allegations in Paragraph 29.

30. Defendant denies the allegation of Paragraph 30.

31. Defendant denies the allegation of Paragraph 31.

WHEREFORE, defendant requests judgment in his favor on Count III of the Complaint and the costs of defending this action and reasonable attorney fees.

Respectfully submitted,
/s
_____
Leonard J. Koenick, Esquire
Bar No. 166116

Kivitz & Liptz, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD 20815
301-951-3400
301-951-3646 fx
Kivitzliptz2@aol.com