UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*,       ) | |
| ) | |
| Plaintiffs,       ) | |
| ) | |
| v.       ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, JR.**, *et al.*,       ) | |
| ) | |
| Defendants.       ) | |
| ) | |

### ORDER

Upon consideration of defendants' Motion [27] to Withdraw as Counsel to the Defendant(s), and in for good cause shown, it is this 21st day of April 2007 hereby

ORDERED, that the Motion to Withdraw as Counsel filed by Harold L. Boyd, III, and the Boyd Law Firm, and Reginald L. Sealey and the Law Offices of Reginald Sealey, is hereby GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.