UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, JR.**, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## ORDER

Defendant Harry J. Self, Jr. filed an answer on February 6, 2007. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiffs and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

    SO ORDERED.

    Signed by United States District Judge Royce C. Lamberth, April 21, 2007.