UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**HARRY J. SELF, JR.,** *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 06-810 (RCL) |

## SCHEDULING ORDER

The Court has considered the Scheduling Report submitted by the parties and hereby enters the following Scheduling Order:

1. All discovery in this matter is stayed until further Order of the Court.

2. This matter shall be referred to a United States Magistrate Judge for an Alternative Dispute Resolution conference. Within 5 days after the completion of the Alternative Dispute Resolution conference, the parties shall file a report advising the Court of the results of the conference and, if the case is not settled, their recommendation for a proposed Scheduling Order.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, May 9, 2007.