IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*,   )<br>                                                     )<br>      Plaintiffs,                            )<br>                                                     )<br>      v.                                          )     Civil Action No. 06-810 (RCL)<br>                                                     )<br>HARRY J. SELF, JR.,               )<br>                                                     )<br>      Defendant.                         )<br>                                                     ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Plaintiffs Babak Djourabchi and Monica Welt, by counsel, in accordance with LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, move the Court to admit Jason C. Constantine *pro hac vice* to appear and conduct this case in association with Gerald I. Katz, Esquire. In support of their Motion, Plaintiffs state as follows:

1.   Mr. Constantine is admitted to practice in Virginia and is an attorney in good standing in Virginia.

2.   Mr. Constantine is employed with the law firm of Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182. He will appear in and conduct this case in association with Mr. Katz, who is a member in good standing of the Bar of this Court. Pursuant to LCvR 83.1(d), the declaration of Mr. Constantine is attached hereto.

WHEREFORE, Plaintiffs, by counsel, move the Court to admit Jason C. Constantine to practice before the Court *pro hac vice* in this case.

Respectfully submitted,

BABAK DJOURABCHI and MONICA WELT

By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **MOTION FOR ADMISSION *PRO HAC VICE*** was served electronically and mailed first-class, this 18th day of June, 2007, to:

> Leonard Koenick, Esquire
> Kivitz & Liptz, LLC
> 5454 Wisconsin Avenue
> Chevy Chase, MD 20815

/s/ Gerald I. Katz
Gerald I. Katz

J:\04400.003\Pld\By Clients\JCC Pro Hac Vice Motion.doc:bd