UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HARRY J. SELF, JR., )<br>)<br>Defendant. )<br>) | Civil Action No. 06-810 (RCL) |

### **DECLARATION OF JASON C. CONSTANTINE, ESQUIRE**

Pursuant to LCvR 83.2 of the Rules of the United States District Court for the District of Columbia, I, Jason C. Constantine, declare as follows:

1. I am an associate at the law firm Katz & Stone, L.L.P., 8230 Leesburg Pike, Suite 600, Vienna, Virginia 22182, (703) 761.3000.

2. I am a member in good standing of Virginia bar. I have been admitted to the United States District Court for the Eastern District of Virginia.

3. I certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

/s/ Jason C. Constantine
Jason C. Constantine

J:\04400.003\Pld\By Clients\jcc pro hac vice declaration.doc:bd