UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*,<br><br>    Plaintiffs,<br><br>**v.**<br><br>**HARRY J. SELF., JR.** *et al.*,<br><br>    Defendant. | Civil Action No. 06-810 (RCL) |

## CONSENT MOTION TO RESCHEDULE MEDIATION

Defendant, with the consent of plaintiffs, moves the court to continue the mediation session now set for July 16, 2007, at 3:00 p.m. to July 23, 2007, at 3:00 p.m. Defendant had prior plans to be out of town through July 21, 2007.

Respectfully submitted,
/s
_____
Leonard J. Koenick, Esquire
Bar No. 166116

Kivitz & Liptz, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD 20815
301-951-3400
301-951-3646 fx
Kivitzliptz2@aol.com