UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **HARRY J. SELF., JR.** *et al.*, <br><br> Defendant. | Civil Action No. 06-810 (RCL) |

## ORDER SETTING MEDIATION FOR July 23, 2007

On consideration of the Consent Motion To Reschedule Mediation, it is by

the Court this ___ day of _____, 2007,

ORDERED, that the motion is granted. The Mediation session

shall be held on July 23, 2007, at 3:00 p.m.

SO ORDERED.

Signed by United States Magistrate Judge Deborah A. Robinson,

_____.

1