UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, JR.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of plaintiffs' Motion [35] seeking the admission of attorney Jason C. Constantine to appear in this matter *pro hac vice*, and upon consideration of the declaration of Jason C. Constantine and the entire record herein, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that Jason C. Constantine shall be admitted to practice before the Court in this matter *pro hac vice*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.