UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Andrew N. Felice, an attorney with the law firm of Katz & Stone, L.L.P., hereby notes his appearance as counsel to Plaintiffs Babak Djourabchi and Monica Welt in the above-styled action. All future correspondence, pleadings, orders, or other notices relative to this case should be sent to Andrew N. Felice at the address listed below.

Respectfully submitted,

BABAK DJOURABCHI
MONICA WELT

By Counsel

/s/ Andrew N. Felice
Gerald I. Katz
D.C. Bar No. 237925
Andrew N. Felice
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing **NOTICE OF APPEARANCE** was served via e-service, this 18th day of July, 2007, upon:

        Leonard Koenick, Esquire
        Kivitz & Liptz, LLC
        5454 Wisconsin Avenue
        Chevy Chase, MD 20815

                /s/ Andrew N. Felice
                Andrew N. Felice

J:\04400.003\Pld\By Clients\anf Notice of Appearance.doc:bd