UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BABAK DJOURABCHI, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-810 (RCL) |
| | ) | |
| HARRY J. SELF, JR. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>NOTICE OF WITHDRAWAL OF</u><br><u>APPEARANCE OF STEPHEN W. SMITH</u>

TO THE CLERK OF THE COURT:

Please note the withdrawal of appearance of Stephen W. Smith, counsel for Plaintiffs in

this action. Mr. Smith is no longer with the firm of Katz & Stone, L.L.P.

Gerald I. Katz and Andrew N. Felice will continue as counsel for Plaintiffs.

Respectfully submitted,

KATZ & STONE, L.L.P.

By counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
Andrew N. Felice
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and accurate copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF STEPHEN W. SMITH** was served by electronic filing and mailed first-class, this 18th day of July, 2007, to:

> Leonard J. Koenick, Esq.
> Kivitz & Liptz, LLC
> 5454 Wisconsin Ave., Suite 650
> Chevy Chase, MD 20815
> *Counsel for Defendant*

> <u>/s/ Gerald I. Katz</u>
> Gerald I. Katz

J:\04400.003\Notice of withdrawal of appearance of SWS.doc:bd