IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00810 (RCL) |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO RESCHEDULE MEDIATION**

Plaintiffs Babak Djourabchi and Monica Welt and Defendant Harry J. Self, Jr., by counsel, jointly move this Court to continue the mediation session now scheduled for August 21, 2007, at 4:00 p.m., for three weeks. The parties are in the process of exchanging information and discussing settlement and request this continuance in order to allow the parties additional time to review this new information in hopes of reaching settlement.

Respectfully submitted,

BABAK DJOURABCHI and MONICA WELT

By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)

HARRY J. SELF, JR.,

By Counsel

s/s Leonard Koenick
Leonard Koenick, Esquire
Kivitz & Liptz, LLC
5454 Wisconsin Avenue
Chevy Chase, MD 20815

J:\04400.003\Pld\Joint\Consent Motion Reschedule.doc:bd