IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-cv-00810 (RCL) |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiffs' Babak Djourabchi and Monica Welt and Defendant's Harry J. Self, Jr. Consent Motion to Reschedule Mediation, it is by the United States District Court for the District of Columbia, this ___ day of _____, 2007,

**ORDERED** that the Consent Motion is **GRANTED**, and it is further

**ORDERED** that the mediation session scheduled for August 21, 2007 at 4:00 p.m. be rescheduled for September ___, 2007, at 4:00 p.m.

 _____
 Magistrate Judge Deborah A. Robinson
 U.S. District Court for the District of Columbia

Copies to:

Gerald I. Katz
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182

Leonard Koenick, Esquire
Kivitz & Liptz, LLC
5454 Wisconsin Avenue
Chevy Chase, MD 20815