UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI and MONICA WELT, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRY J. SELF, JR., ) <br> ) <br>     Defendant. ) | Case No. 1:06-cv-00810-RCL |

**PARTIES' JOINT STATUS REPORT AND PROPOSED SCHEDULING ORDER**

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, Rules 16.1 and 16.3 of the Local Rules of this Court and this Court's Order dated December 6, 2007, counsel for Plaintiffs Babak Djourabchi and Monica Welt and counsel for Defendant Harry J. Self, Jr. have conferred and hereby submit the following Status Report and Proposed Scheduling Order to the Court in the above-captioned matter.

**I.      Brief Statement of the Case**

Plaintiffs and Defendant entered into a contract pursuant to which Defendant was to perform certain improvements to Plaintiffs' residential property in Washington, D.C. Plaintiffs' position is that Defendant failed to properly and completely perform its work pursuant to the contract, performed work without appropriate licensure from the District of Columbia, was overpaid for the work which it performed, and caused damage to the property while performing work. Defendant's position is that Plaintiffs prevented Defendant from performing its work and denies that he was overpaid or that he caused any damage to plaintiffs' property.

After Plaintiffs filed an initial Complaint against both Defendant and Self Construction, Inc. ("Self Construction"), Self Construction filed a Counterclaim and moved to dismiss

Defendant as an improper party. Plaintiffs moved to dismiss the Counterclaim, opposed the motion to dismiss Defendant, and moved for leave to file an Amended Complaint. After Self Construction opposed Plaintiffs' motion for leave and Plaintiffs filed a reply thereto, the Court issued an Order on December 14, 2006, denying Self Construction's motion to dismiss Defendant, dismissing Self Construction as a party, and granting Plaintiffs' motions to dismiss the Counterclaim and for leave to file the Amended Complaint. Defendant has filed an answer to Plaintiffs' Amended Complaint.

Defendant requested settlement talks, stating "Defendant has candidly already admitted liability in his Answer." (*See* Parties Joint Scheduling Report, May 8, 2007.) This matter was referred to Magistrate Judge Robinson for a Settlement Conference on May 14, 2007. Magistrate Judge Robinson held numerous Settlement Conferences with the parties between June 15, 2007 and December 6, 2007. The parties were unable to settle this matter. On December 6, 2007 Magistrate Judge Robinson entered an Order concluding the Settlement Conference and ordering the parties to file this Status Report and Proposed Scheduling Order.

## II.   Statutory Basis for All Causes of Action and Defenses

Plaintiff's Amended Complaint was filed pursuant to 28 U.S.C. §§ 1332 and 1391, and includes a count pursuant to the District of Columbia Consumer Protection Act, D.C. Code Ann. §§ 28-3901 *et seq.* No other statutory bases have been cited for the parties' causes of action and/or defenses.

## III.   Proposed Schedule

| Event | Date/Deadline[1] |
|---|---|
| Exchange witness lists | 30 days from initial scheduling conference |

---

[1] All dates listed are from the date of the Initial Scheduling Conference or the date of entry of an Initial Scheduling Order

| | |
|---|---|
| Deadline for written discovery requests | 45 days from initial scheduling conference |
| Proponent's R. 26(a)(2) statements | 60 days from initial scheduling conference |
| Opponent's R. 26(a)(2) statements | 90 days from initial scheduling conference |
| <u>All</u> discovery closed | 120 days from initial scheduling conference |
| Deadline for dispositive motions | 135 days from initial scheduling conference |
| Pre-Trial Conference | 180 days from initial scheduling conference |

**IV.   Topics Listed in LCvR 16.3(c)**

**(1)   Dispositive Motion**

No dispositive motions are pending. However, the parties anticipate the possibility of dispositive motions which may dispose of some or all aspects of this case prior to the conclusion of discovery.

**(2)   Joining Additional Parties and Amending Pleadings**

The parties do not believe any further addition of parties or amendment of pleadings is necessary. The parties anticipate the possibility that some or all of the factual and legal issues in this case may be able to be agreed upon or narrowed.

**(3)   Magistrate Judge**

The parties oppose the assigning of this case to a magistrate judge for all purposes, including trial.

**(4)   Possibility of Settling Case**

The parties intend to continue settlement discussions.

**(5)   ADR**

The parties have already submitted this matter to ADR and have been unable to reach a settlement.

**(6)     Dispositive Motions II**

Again, the parties anticipate the possibility of dispositive motions which may dispose of some or all aspects of this case, and recommend the above deadline for filing such motions.

**(7)     Initial Disclosures**

The parties stipulate to dispense with the initial disclosures required by FRCP 26(a)(1).

**(8)     Discovery**

The parties recommend the above schedule for discovery.

**(9)     Expert Witnesses**

The parties recommend the above schedule for the exchange of witness reports and information pursuant to FRCP 26(a)(2).

**(10)    Class Actions**

This item is inapplicable to instant action.

**(11)    Bifurcation**

The parties agree that there is no need for bifurcation of discovery or trial in this matter.

**(12)    Pre-Trial Conference Date**

The parties recommend that the date for the pre-trial conference be set in the Initial Scheduling Order.

**(13)    Trial Date**

The parties agree that the trial date should be set at the pre-trial conference.

**(14)    Other Matters**

The parties have no other matters to recommend for inclusion in a scheduling order.

4

|  |  |
|---|---|
|  | Respectfully submitted, |
| BABAK DJOURABCHI and<br>MONICA WELT<br>By Counsel | HARRY J. SELF, JR.<br>By Counsel |
| /s/ Gerald I. Katz<br>Gerald I. Katz, D.C. Bar No. 237925<br>Andrew N. Felice, D.C. Bar No. 416060<br>KATZ & STONE, L.L.P.<br>8230 Leesburg Pike, Suite 600<br>Vienna, Virginia 22182<br>(703) 761-3000<br>(703) 761-6179 (fax)<br>*Counsel for Plaintiffs* | /s/ Leonard J. Koenick<br>Leonard J. Koenick, D.C. Bar No. 166116<br>KIVITZ & LIPTZ, LLC<br>5454 Wisconsin Ave., Suite 650<br>Chevy Chase, MD 20815<br>(301) 951-3400<br>(301) 951-3646 (fax)<br>*Counsel for Defendant* |

J:\04400.003\Pld\Joint\StatusReport Revised 12 2007.doc:maf