IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BABAK DJOURABCHI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00810-RCL |
| | ) | |
| HARRY J. SELF, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

UPON CONSIDERATION of the parties' Joint Status Report and Proposed Scheduling Order, it is by the United States District Court for the District of Columbia, this ___ day of _____, 2007,

**ORDERED** that the following schedule be and hereby is **ENTERED** in and for the above-captioned matter:

| Event | Date/Deadline[1] |
|---|---|
| Exchange witness lists | 30 days from initial scheduling conference |
| Deadline for written discovery requests | 45 days from initial scheduling conference |
| Proponent's R. 26(a)(2) statements | 60 days from initial scheduling conference |
| Opponent's R. 26(a)(2) statements | 90 days from initial scheduling conference |
| All discovery closed | 120 days from initial scheduling conference |
| Deadline for dispositive motions | 135 days from initial scheduling conference |
| Pre-Trial Conference | 180 days from initial scheduling conference |

---

[1] All dates listed are from the date of the Initial Scheduling Conference or the date of entry of an Initial Scheduling Order

1

2

---
Judge Royce C. Lamberth
U.S. District Court for the District of Columbia

Copies to:

Gerald I. Katz, Esquire
Andrew N. Felice, Esquire
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*Counsel for Plaintiffs*

Leonard J. Koenick, Esquire
Kivitz & Liptz, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, Maryland 20815
*Counsel for Defendant*