IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BABAK DJOURABCHI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00810-RCL |
| | ) | |
| HARRY J. SELF, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

UPON CONSIDERATION of the parties' Joint Status Report and Proposed Scheduling Order, it is by the United States District Court for the District of Columbia, this 20th day of December, 2007,

**ORDERED** that the following schedule be and hereby is **ENTERED** in and for the above-captioned matter:

| Event | Date/Deadline |
|---|---|
| Exchange witness lists | 30 days from this date |
| Deadline for written discovery requests | 45 days from this date |
| Proponent's R. 26(a)(2) statements | 60 days from this date |
| Opponent's R. 26(a)(2) statements | 90 days from this date |
| All discovery closed | 120 days from this date |
| Deadline for dispositive motions | 135 days from this date |
| Pre-Trial Conference and Trial | To be set at a status conference after disposition of any dispositive motions. |

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth on December 20th, 2007.