UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **HARRY J. SELF., JR.** *et al.*, <br><br> Defendant. | Civil Action No. 06-810 (RCL) |

**MOTION TO WITHDRAW APPEARANCE**

Leonard J. Koenick, counsel for defendant, moves the court to withdraw as counsel for defendant.

                                          Respectfully submitted,
                                          /s
                                    _____
                                    Leonard J. Koenick, Esquire
                                    Bar No. 166116

                                    Kivitz & Liptz, LLC
                                    5454 Wisconsin Ave., Suite 650
                                    Chevy Chase, MD 20815
                                    301-951-3400
                                    301-951-3646 fx
                                    Kivitzliptz2@earthlink.net

CERTIFICATE OF SERVICE ON DEFENDANT

I certify that a copy of this motion, proposed Order, and the attached Notice was mailed by first class mail to defendant at his last known address of 8900 Rollingwood Drive, Fort Washington MD 20744 on February 19, 2008.

                                          s/
                                    _____
                                    Leonard J. Koenick