UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **HARRY J. SELF., JR.** *et al.*, <br><br> Defendant. | Civil Action No. 06-810 (RCL) |

## ORDER GRANTING MOTION TO WITHDRAW

On consideration of the Motion To Withdraw as counsel for defendant filed by Leonard J. Koenick, and the court having found that the requested withdrawal would not unduly delay trial of this case or be unfairly prejudicial to any party or otherwise not be in the interest of justice, it is hereby

ORDERED, that the motion is granted. The appearance of Leonard J. Koenick as attorney for defendant is withdrawn. Defendant is advised to promptly obtain new counsel or, if he intends to represent himself, to so notify the Clerk of the Court.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, _____.

1