# KIVITZ & LIPTZ, LLC

ATTORNEYS AT LAW

650 BARLOW BUILDING

5454 WISCONSIN AVENUE

CHEVY CHASE, MARYLAND 20815-6929

MURRAY A. KIVITZ*
IRWIN H. LIPTZ*
LEONARD J. KOENICK*
HARLAN L. WEISS*

*ALSO ADMITTED IN D.C.

(301) 951-3400
FACSIMILE (301) 951-3646
KivitzLiptz2@aol.com

February 19, 2008

Mr. Harry J. Self, Jr.
8900 Rollingwood Drive
Fort Washington MD 20744

**Re:   NOTICE TO OBTAIN NEW COUNSEL in Djourabchi, et al. v. Self, et al.**

Dear Mr. Self:

    You are hereby notified that I have filed the attached Motion To Withdraw as your counsel in the above case. You are advised to promptly obtain new counsel to assist you in this matter or, if you intend to represent yourself or to object to my withdrawal, to so notify the Clerk of the Court in writing within five days of service of the motion.

Sincerely,

*[signature]*

Leonard J. Koenick

Self 021908.doc