**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BABAK DJOURABCHI and MONICA WELT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00810-RCL |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION TO AMEND
DISCOVERY PLAN AND SCHEDULING ORDER**

COME NOW, Plaintiffs Babak Djourabchi and Monica Welt, by and through counsel, and respectfully move this Court to amend the Joint Status Report and the December 20, 2007 Scheduling Order (the "Scheduling Order") to briefly extend certain of the deadlines to allow the parties to conduct and complete discovery in this matter. The brief extension will not require the movement of the Pre-Trial Conference which has not yet been scheduled in this case.

Plaintiffs request that the Scheduling Order be amended to provide that the deadline for exchange of witness lists and written discovery requests be extended to February 29, 2008. Plaintiffs filed their witness list as required by the Scheduling Order and have or will be filing their Rule 26(a)(2) Statement in accordance with the time period set forth in the Scheduling Order. Plaintiffs' counsel, however, was not able to prepare and serve written discovery requests by the date contemplated by the Scheduling Order. Such discovery has been prepared and is ready to be served upon the Defendant. No previous requests for extensions/modifications to the Scheduling Order have been made by the Plaintiffs.

To-date, Defendant failed to file its witness list in the time period required by the Scheduling Order and has not propounded any written discovery in this case. Hence, the

modification of the Scheduling Order will afford the Defendant additional time to file his witness list and propounded discovery in this case.

Plaintiffs' counsel contacted Defendant's counsel, Leonard Koenick, Esquire, last week to discuss discovery in this case and submitting this motion as a joint motion. On Tuesday, February 19, 2008, Mr. Koenick advised Plaintiffs' counsel that he intended to withdraw as Defendant's counsel in this case and thus could not consent to this motion. To the extent that the Court grants Mr. Koenick's Motion, the Scheduling Order may have to be amended. Hence, granting this present motion will not prejudice either party.

Accordingly, Plaintiffs respectfully request that the Scheduling Order be amended to permit the propounding of written discovery by the parties by no later than February 29, 2008, and to allow Defendant until February 29, 2008 to submit his witness list. No delay in the discovery period allotted to this case will result to either party from the granting of this motion. Further, no prejudice will result from the granting of this motion as both parties would be able to propound discovery if they so choose and Defendant would be able to file a witness list if he so chooses to do so.

WHEREFORE, Plaintiffs Babak Djourabchi and Monica Welt, respectfully move this Court to amend the Joint Status Report and the December 20, 2007 Scheduling Order to briefly extend the submission of written discovery requests to February 29, 2008, and to allow Defendant Harry J. Self, Jr. until February 29, 2008 to submit his witness list and grant such other and further relief in favor of Plaintiffs Babak Djourabchi and Monica Welt as may be necessary and just.

          Respectfully submitted,

          BABAK DJOURABCHI and
          MONICA WELT

          By Counsel

/s/ Andrew N. Felice
Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the foregoing **PLAINTIFFS' MOTION TO AMEND DISCOVERY PLAN AND SCHEDULING ORDER** was mailed first-class, postage-prepaid this 20th day of February, 2008 and electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

          Leonard J. Koenick, Esquire
          D.C. Bar No. 166116
          KIVITZ & LIPTZ, LLC
          5454 Wisconsin Ave., Suite 650
          Chevy Chase, MD  20815
          *Counsel for Defendant*

          s/s Andrew N. Felice
          Andrew N. Felice
          KATZ & STONE, L.L.P.
          8230 Leesburg Pike, Suite 600
          Vienna, Virginia 22182
          gkatz@katzandstone.com
          afelice@katzandstone.com
          703.761.3000
          703.761.6179 (fax)
          *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI and MONICA WELT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARRY J. SELF, JR., ) <br> ) <br> Defendant. ) | Case No. 1:06-cv-00810-RCL |

### ORDER

This Cause comes before the Court upon the Plaintiffs' Motion to Amend Discovery Plan and Scheduling Order. For good cause shown, the Joint Status Report and the December 20, 2007 Scheduling Order is GRANTED. Specifically, the parties' Joint Status Report and the December 20, 2007 Scheduling Order is amended to reflect the following:

The deadline for the exchange of witness lists and written discovery requests is extended to February 29, 2008.

DONE and ORDERED this ____day of _____, 2008.

_____
Judge, U.S. District Court for the
District of Columbia

**Copies to:**

Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No.
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
*afelice@katzandstone.com*
*Counsel for Plaintiffs*

Leonard J. Koenick, Esquire
KIVITZ & LIPTZ, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD 20815
KivitzLiptz2@aol.com
*Counsel for Defendant*

J:\04400.003\Pld\004anf Order re Mo to Amend.doc:maf