**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BABAK DJOURABCHI and MONICA WELT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00810-RCL |
| | ) | |
| HARRY J. SELF, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS BABAK DJOURABCHI'S**
**AND MONICA WELT'S EXPERT WITNESS IDENTIFICATION**

COME NOW, Plaintiffs Babak Djourabchi and Monica Welt (hereinafter collectively the "Plaintiffs"), by counsel and pursuant to the Scheduling Order issued in this action and Rule 26(a) (2) of the Federal Rules of Civil Procedure and hereby discloses the identity of the following individuals whom Plaintiffs may call at trial to present evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence.

None of the below listed witness were specifically retained by the Plaintiffs to provide an expert testimony in this case. Each of the individuals is a fact witnesses by virtue of their participation in the construction project which is the subject of this litigation. As such none of the individuals identified herein have been retained or specially employed to provide an expert opinion in this case and thus the individuals have not prepared a report which would otherwise be required if the witness was specifically employed by the Plaintiffs to provide an expert testimony in this case.

Subject to the foregoing, the Plaintiffs identify the following individuals who may be called to provide expert testimony at the trial of this matter:

1.     Stuart Davenport, Owner
       Davenport Design & Construction
       1710 First Street, NW
       Washington, DC  20001

Mr. Davenport has approximately ten years of experience in the design and construction industry and is a licensed contractor in the District of Columbia.  He is currently the owner of Davenport Design & Construction, based out of Washington DC.  The focus of Davenport Construction is whole-house residential renovations, with a specific focus on underpinning in accordance with industry practice and building codes for the District of Columbia.

Mr. Davenport's testimony and opinions which may be offered as expert testimony at the trial of this case are based upon his experience in the construction industry in the greater Washington, D.C. area; his knowledge gained through construction projects upon which he worked; his knowledge of applicable building codes and standards; his knowledge of the plans, drawings and requirements of the Plaintiffs' project; and his observation and review of the work performed by Defendant Harry J. Self, Jr. ("Defendant") on the Plaintiffs' project once Defendant ceased work and before additional work began.

Based upon the foregoing, Mr. Davenport is expected to testify and offer the following expert testimony: that the Defendant's forces excavated the basement of the house in such a manner as to weaken the structural support and integrity of the existing structure; that when performing the excavation work the Defendant's forces did not follow the approved drawings and plans prepared by K. Lawrence and Associates dated July 6, 2005 ("K. Lawrence Plans") for this work; that Defendant's building methods when performing the excavation work did not comport to generally acceptable building practices and/or applicable building codes; that as result of the over excavation/non-support of the house caused by Defendant's forces, the structure of the house experienced significant damage due to settling after Defendant's work, and

required Davenport to perform additional work not contemplated by the original K. Lawrence Plans to stabilize the structure and prevent the structure's collapse; that the project showed no evidence of any electrical or plumbing work performed by Defendant; that Defendant improperly removed critical and necessary vertical and lateral structural support, which Defendant did not replace with any temporary or permanent supports; that the excavation work performed by Defendant did not comply with the K. Lawrence Plans and did not add any structural integrity to the existing structure; that Plaintiffs incurred costs to remove Defendant's 2-inch concrete facings, stabilize the structure, repair damage, complete the underpinning work as designed, and complete other work on the project that Defendant was contracted to complete; that the cost charged to the Plaintiffs totaled approximately $335,100 for this underpinning work and certain project completion work which said amount is fair and reasonable given the scope of work performed, the condition of the structure/Project site after Defendant ceased work and the costs charged by other contractors performing work of similar nature and complexity on residential structures.

> 2.  Raouf "Ray" Badawi, Owner
>     Progressive Builders LLC
>     3410 13th Street, NW
>     Washington, DC  20010

Mr. Badawi has approximately ten years of experience in the design and construction industry and is a licensed contractor in the District of Columbia.  He is currently the owner of Progressive Builders LLC, based out of Washington DC.  The focus of Progressive Builders LLC is multi-unit developments and whole-house renovations for residential projects, with significant experience on projects involving underpinning in accordance with industry practice and building codes for the District of Columbia.

Mr. Badawi's testimony and opinions which may be offered as expert testimony at the trial of this case is based upon his experience in the construction industry in the greater Washington, D.C. area; his knowledge gained through construction projects upon which he worked; his knowledge of applicable building codes and standards; his knowledge of the plans drawings and requirements of the Plaintiffs' project; and his observation and review of the work performed by Defendant on the Plaintiffs' project once Defendant ceased work and before additional work began.

Based upon the foregoing, Mr. Badawi is expected to testify and offer the following expert testimony: that the Defendant's forces excavated the basement of the house in such a manner as to weaken the structural support and integrity of the existing structure; that when performing the excavation work the Defendant's forces did not follow the approved K. Lawrence Plans; that Defendant's building methods did not comport to generally acceptable building practices and/or applicable building codes; that as result of the over excavation/non-support of the house caused by Defendant's forces, the structure of the house experienced significant damage due to settling after Defendant's work; additional work not contemplated by the original K. Lawrence Plans was necessary to stabilize the structure and prevent the structure's imminent collapse; that the project showed no evidence of any electrical or plumbing work performed by Defendant; that Defendant improperly removed critical and necessary vertical and lateral structural support, which Defendant did not replace with any temporary or permanent supports; that the excavation work performed by Defendant did not comply with the approved K. Lawrence Plans and did not add any structural integrity to the existing structure; that the costs incurred by the Plaintiffs' with Progressive Builders LLC to complete the Defendant's work on the project currently total approximately $35,500 and that the aforesaid sum is fair and

reasonable given the scope of the work performed, the condition of the structure after Defendant ceased work, and the prices typically charged in the Washington Metropolitan area by contractors performing work of similar nature and complexity on residential structures.

3.   John A. Shuster, Engineer
    Geofreeze Engineered Construction
    3045 Colvin Street
    Alexandria, VA  22314

Mr. Shuster has been providing engineering consulting for residential, commercial and industrial projects for nearly forty years.  His B.S. in Civil Engineering is from the University of Alaska, his M.S. is from Stanford University and he is a licensed engineer in nine states.  Over the years, Mr. Shuster has provided structural, geotechnical, and construction engineering services for the remediation of problems on literally thousands of residential and commercial buildings.  At all times relevant hereto, Mr. Shuster has been the President of Geofreeze Construction Corporation ("Geofreeze"). Geofreeze is a construction firm which provides engineered solutions for residential projects since 1979.

It is anticipated that Mr. Shuster will testify at the trial based upon his experience and training as a Professional Engineer; his experience in the construction industry regarding similar projects; his inspection of the project site in January 2006 after the Defendant ceased work and before new work began; and a review of the K. Lawrence Plans upon which the Defendant allegedly relied.  At trial it is anticipated that Mr. Shuster shall testify and offer expert opinion testimony consistent with that included in his letter to the Plaintiffs dated February 3, 2006 a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

4. Kelly Vogan, Owner
   Vogan Associates, Inc.
   13004 Wilton Oaks Drive
   Silver Spring, MD 20906

Mr. Vogan has approximately ten years of experience in the design and construction industry, and is a licensed contractor in DC. He is currently the owner of Vogan Associates, Inc., based out of Silver Springs, Maryland and servicing the greater Washington D.C. metropolitan area. The focus of Vogan Associates is whole-house renovations and developments for residential projects in accordance with industry practice and building codes for the District of Columbia and neighboring vicinities in Maryland. At all times relevant hereto, Mr. Vogan has been the President of Vogan Associates, Inc.

Mr. Vogan's testimony and opinions which may be offered as expert testimony at the trial of this case is based upon his experience in the construction industry in the greater Washington, D.C. area; his knowledge gained through construction projects upon which he and his company have worked; his knowledge of applicable building codes and standards; his review and knowledge of the plans, drawings and requirements of the Plaintiffs' project, including the K. Lawrence Plans; his inspection of the project after the Defendant ceased work on the project and before new work began; and his knowledge of prices and costs charged by construction firms within the Washington Metropolitan area on projects similar to that of the Plaintiffs' project.

At trial it is anticipated that Mr. Vogan shall testify and offer expert opinion testimony that Defendant's building methods did not comport to generally acceptable building practices and/or applicable building codes; and testimony regarding the estimated cost to complete the Defendant's work on the project consistent with that included in his company's bid estimate

dated February 27, 2006 for the Plaintiffs' project a copy of which is attached hereto as Exhibit "B" and incorporated herein by reference.

     5.  Rodrigo Avellaneda – Architect
         Washco Development
         1741 Dual Highway
         Hagerstown, MD  21740

Mr. Avellaneda has approximately ten years of experience in the design and architectural development of both residential and commercial projects in the District of Columbia and surrounding vicinities.  He has been licensed as an architect in the country of Colombia for five years, and in the state of Maryland for three years.

Mr. Avellaneda' testimony and opinions which may be offered as expert testimony at the trial of this case is based upon his experience as an architect; his knowledge and review of the site before any work began and the drafting of an as-built site survey; his knowledge and review of the general construction plans which Mr. Avellaneda drafted and upon which the Defendant allegedly relied; a review of the K. Lawrence Plans upon which the Defendant allegedly relied; and his inspection of the project after the Defendant ceased work on the project and before new work began.

At trial it is anticipated that Mr. Avellaneda shall testify and offer expert opinion as to the status of the project, including the soundness of the existing structure, before Defendant began work on the project; that the project showed no evidence of any electrical or plumbing work performed by Defendant; that Defendant improperly removed critical and necessary vertical and lateral structural support, which Defendant did not replace with any temporary or permanent supports; and that the excavation work performed by Defendant did not comply with the approved K. Lawrence Plans and did not add any structural integrity to the existing structure.

Respectfully submitted,

BABAK DJOURABCHI and
MONICA WELT

By Counsel

/s/ Andrew N. Felice
Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **PLAINTIFFS BABAK DJOURABCHI'S AND MONICA WELT'S EXPERT WITNESS IDENTIFICATION** was mailed first-class, postage-prepaid this 20th day of February, 2008 and electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Leonard J. Koenick, Esquire
D.C. Bar No. 166116
KIVITZ & LIPTZ, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD 20815
*Counsel for Defendant*

s/s Andrew N. Felice
Andrew N. Felice
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

J:\04400.003\Pld\005anf Pl Expert Witness Identification.doc:maf



# Geofreeze

CONSTRUCTION CORPORATION
3045 Colvin Street
Alexandria, VA 22314
(703) 504-6120
(703) 504-6124 (Fax)
www.geofreeze.com

ENGINEERED CONSTRUCTION FOR:
- Structural Underpinning & Foundation Repair
- Basement Wall & Structural Repairs
- Floor Re-Leveling
- Drainage Improvements & Basement Waterproofing
- Ground Support Systems & Retaining Walls
- Soil & Rock Stabilization
- Marine Sea-Walls, Piers & Revetments



February 3, 2006

Ms. Monica Welt
1660-D Beekman Place, NW
Washington, D.C. 20009

**Re:     Engineering Inspection, Town-House Residence
3459 HolmeadePlace, NW, Washington, D.C.
(Client File: 0-6005)**

Dear Ms. Welt:

At your request, the undersigned inspected the referenced residence.  The purpose of the inspection was to examine the referenced site and structure to form an opinion regarding the adequacy of the structural foundation underpinning system that has been installed during the remodeling project that is presently in progress on the property.

The observations and preliminary conclusions presented below are based on our visual inspection and our prior knowledge and experience involving inspection, design, construction, and remediation of numerous comparable structures.  To date, we have conducted no field or laboratory investigations, or performed extensive engineering analyses for this project. We have examined a foundation underpinning plan for the project prepared by the engineering firm of K. Lawrence Elder and Assoc. dated July 6, 2005.

The four level, brick town-house residence is an interior unit within a multi-unit building that is oriented more or less north/south on the east side of Holmeade Place (front called west). The building is located in a mature urban area on a nearly level lot.

The unit is presently in the preliminary stage of an extensive remodeling project. One element of this project involves deepening the foundations and floor of the 1st level of the unit to increase the clear headroom at this level. The aforementioned plans prepared by K. Lawrence and Assoc. sets forth an appropriate foundation underpinning procedure to safely complete the planned deepening process.

At the time of our inspection the interior of the 1st level had been excavated between 13" and 33" below the existing foundation and the contractor had completed "underpinning" of a large portion of the perimeter walls. The observed conditions were not in compliance with either the aforementioned engineering plans, or good practice. No foundation underpinning had been

ALL-STATE LEGAL®

A

**Welt**
**Page 2**

installed anywhere and the exposed foundations had been undermined without adequate support. The apparent strength of the soil and the absence of water were all that has prevented severe damage or collapse of the structure.

What the contractor had installed, where he had installed anything, was an un-reinforced thin concrete knee-wall. The two enclosed photographs indicate both areas where the foundation was undermined and no knee-wall had been constructed yet, as well as an example of the knee-walls that had been constructed. This type of construction is not underpinning and will not support the foundation. The excavation and underpinning normally proceed as integrated operations during which the soil is removed from beneath short sections of the foundation and concrete is placed in the excavated area before adjacent excavation continues. This procedure is clearly illustrated on the underpinning plans and is common practice in the industry.

Before the remodeling project can resume the existing deficient conditions must be corrected and proper foundation underpinning installed, furthermore it would be prudent to install a temporary wall shoring system to prevent , or minimize the probability of, damage to the structure before it is properly underpinned.

We estimate this program of shoring and underpinning would take about five weeks to complete at a cost of about $54,500.

If you have any questions or desire further assistance in proceeding with this matter, please contact us.

Very truly yours,
GEOFREEZE, Inc.

John A. Shuster, P.E.
President
Virginia Professional Engineer 11353

Enclosure:     Two Photographs





Track Your Expenses

- [ ] Mortgage / Rent
- [ ] Gas / Electric
- [ ] Telephone
- [ ] Food
- [ ] Clothing
- [ ] Transportation
- [ ] Credit Card
- [ ] Taxes
- [ ] Insurance (Life, Home, Auto)
- [ ] Home Improvement (Maintenance, Repairs)
- [ ] Entertainment & Travel
- [ ] Medical / Dental
- [ ] Dependent Care
- [ ] Savings & Investment
- [ ] Other _____

DO NOT USE
FOR REORDERING

TAX DEDUCTIBLE ITEM [ ]

286

Geofreeze                                    Jan 4, 2006

Two hundred & ninety-five

THIS PAYMENT   295 00
BALANCE

Here's How:
• Carry balance forward
• Check type of expense
• Add details on memo line
• Retain duplicates in Deluxe Check box

BAL FOR'D
OTHER
BAL FOR'D

Memo  Underwriting report  Holmead,

NOT NEGOTIABLE



Djourbchi Residence
Estimate
02/27/06

**Renovations and addition per plans dated 8-22-05:**

**Exclusions:**

- Main building permit fee including labor to obtain
- Plumbing fixtures
- Surface mounted electrical fixtures
- Windows and exterior doors (except garage door, incl. opener)
- Water service
- Sprinklers / fire protection
- Gas meter or gas service upgrade
- Sewer to street (any change)
- Breezeway connection to garage
- Kitchen cabinets and appliances, except labor to install
- Bath cabinets, except labor
- Kitchen or bath counters
- Bath accessories (towel bars, etc.)
- Any landscaping or hardscaping (walkways, patios)
- Front stairs or landing
- Utility fees, if any

**Allowances:**

- Ceramic tile, $6 per SF for material



- Paint grade trim on interior
- Electric HW heater in basement
- Gas HW heater in 3rd floor

**Add Alternates:**

- Demolish and redo underpining in basement $61,950

| Description | Qty | Unit |
|---|---|---|
| **1    Basement** | | |
| | | |
| **07    Wall Framing** | | |
| 2"x4" framed non-bearing wall | 2200.00 | SF |
| **DivisionTotal:** | | |
| **17    Insulation** | | |
| Foilback R-30 10" blanket insulation | 615.00 | SF |
| Foilback R-13 3-1/2" blanket insulation | 896.00 | SF |
| **DivisionTotal:** | | |
| **18    Interior Walls** | | |
| 1/2" gypsum drywall, new work | 3100.00 | SF |
| Ceramic tile w/board in shower @$6.00SF | 90.00 | SF |
| **DivisionTotal:** | | |
| **19    Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 615.00 | SF |
| Sound proofing | 615.00 | SF |
| **DivisionTotal:** | | |
| **20    Millwork, Trim** | | |
| Base, 3-piece, top, oak shoe, base | 380.00 | LF |
| 2-6x6-8 pine 6 panel pre-hung inter door | 3.00 | EA |
| 2-6x6-8 colonial panel bi-fold, 2 doors | 1.00 | SET |
| 3-0x6-8 colonial panel bi-fold, 2 doors | 1.00 | SET |
| 5-0x6-8 colonial panel bi-fold, 2 doors | 1.00 | SET |
| 6-0x6-8 pine louver sliding door, inter | 4.00 | EA |
| Trim existing window 3-0x5-2 inter only | 4.00 | EA |
| Trim existing door opening, FJ 6-0x6-8 | 15.00 | EA |
| **DivisionTotal:** | | |
| **23    Floor Covering** | | |
| Interior carpeting w/padding @ $25 yard | 615.00 | SF |
| Ceramic tile floor w/board @ $6.00SF | 150.00 | SF |
| **DivisionTotal:** | | |
| **24    Painting** | | |
| Painting | 1.00 | EA |
| **DivisionTotal:** | | |
| **25    Clean-up** | | |
| Basement family room clean-up charge | 1.00 | EA |
| **DivisionTotal:** | | |
| **Phase Total:** | | |

Holmead

| Description | Qty | Unit |
|---|---|---|
| **2    1st floor** | | |
| | | |
| **02    Site Preparation** | | |
| Gut interior and hand load to truck | 714.00 | SF |
| **DivisionTotal:** | | |
| **07    Wall Framing** | | |
| 2"x4" framed non-bearing wall | 1600.00 | SF |
| **DivisionTotal:** | | |
| **11    Sidings** | | |
| House wrap, sub for paper, ADD per SF | 1240.00 | SF |
| 6-1/4" wood fiber cement siding 5" exp | 400.00 | SF |
| **DivisionTotal:** | | |
| **13    Windows and Trim** | | |
| Window labor | 1.00 | EA |
| **DivisionTotal:** | | |
| **18    Interior Walls** | | |
| 1/2" gypsum drywall, new work | 1675.00 | SF |
| Patch plaster holes/cracks | 1.00 | EA |
| Patch plaster, PLUS per SF | 480.00 | SF |
| **DivisionTotal:** | | |
| **19    Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 714.00 | SF |
| **DivisionTotal:** | | |
| **20    Millwork, Trim** | | |
| Base, 3-piece, top, oak shoe, base | 175.00 | LF |
| 4-1/4" ceiling moulding | 141.00 | LF |
| Wood cornice, 3-member | 165.00 | LF |
| Trim existing window 3-0x5-2 inter only | 9.00 | EA |
| Trim existing door opening, FJ 3-0x6-8 | 5.00 | EA |
| Linen closet, 24" deep | 3.00 | LF |
| Main stairway, two sides open | 1.00 | EA |
| New handrail on stairs | 1.00 | EA |
| 2-6x6-8 pine 6 panel pre-hung inter door | 2.00 | EA |
| Built in bench | 1.00 | EA |
| **DivisionTotal:** | | |
| **21    Kitchen Cabinets** | | |
| Install Owner supplied cabinets | 1.00 | EA |
| Install Owner supplied appliances | 1.00 | EA |

Holmead

2/27/2006 5:19:02 PM

| Description | Qty | Unit |
|---|---|---|
| **DivisionTotal:** | | |
| **22   Specialties** | | |
| Mirror, 1/4", attach with clips/adhesive | 20.00 | SF |
| Glass at foyer | 1.00 | EA |
| **DivisionTotal:** | | |
| **23   Floor Covering** | | |
| Hardwood T&G floor, select | 714.00 | SF |
| Ceramic tile floor w/board @ $6.00SF | 265.00 | SF |
| **DivisionTotal:** | | |
| **24   Painting** | | |
| Painting | 1.00 | EA |
| **DivisionTotal:** | | |
| **25   Clean-up** | | |
| Maid service | 1.00 | EA |
| Maid service, PLUS per SF | 1240.00 | SF |
| **DivisionTotal:** | | |
| **Phase Total:** | | |
| **3      2nd Floor existing** | | |
| **02   Site Preparation** | | |
| Gut interior and hand load to truck | 405.00 | SF |
| **DivisionTotal:** | | |
| **07   Wall Framing** | | |
| 2"x4" framed non-bearing wall | 1500.00 | SF |
| **DivisionTotal:** | | |
| **13   Windows and Trim** | | |
| Window labor | 1.00 | EA |
| **DivisionTotal:** | | |
| **18   Interior Walls** | | |
| 1/2" gypsum drywall, new work | 1700.00 | SF |
| Patch plaster holes/cracks | 1.00 | EA |
| Patch plaster, PLUS per SF | 250.00 | SF |
| **DivisionTotal:** | | |
| **19   Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 405.00 | SF |
| **DivisionTotal:** | | |
| **20   Millwork, Trim** | | |
| Base, 3-piece, top, oak shoe, base | 225.00 | LF |
| 4-1/4" ceiling moulding | 122.00 | LF |

Holmead

| Description | Qty | Unit |
|---|---|---|
| Trim existing window 3-0x5-2 inter only | 9.00 | EA |
| Trim existing door opening, FJ 3-0x6-8 | 6.00 | EA |
| Clothes closet, 24" to 30" deep | 20.00 | LF |
| Walk-in closet | 100.00 | SF |
| Linen closet, 24" deep | 3.00 | LF |
| Main stairway, two sides open | 1.00 | EA |
| New handrail on stairs | 1.00 | EA |
| 2-6x6-8 pine 6 panel pre-hung inter door | 3.00 | EA |
| 3-0x6-8 colonial panel pocket door, int | 3.00 | EA |
| **DivisionTotal:** | | |
| **22    Specialties** | | |
| Medicine cab, recess, window gl 16"x22" | 2.00 | EA |
| Mirror, 1/4", attach with clips/adhesive | 42.00 | SF |
| Bath accessories, chrome | 2.00 | SET |
| Chrome shower curtain rod, 5' | 1.00 | EA |
| Shower enclosure | 1.00 | EA |
| **DivisionTotal:** | | |
| **23    Floor Covering** | | |
| Hardwood T&G floor, select | 405.00 | SF |
| Ceramic tile floor w/board @ $6.00SF | 140.00 | SF |
| Ceramic shower stall @ $6.00SF | 128.00 | SF |
| **DivisionTotal:** | | |
| **24    Painting** | | |
| Painting | 1.00 | EA |
| **DivisionTotal:** | | |
| **25    Clean-up** | | |
| Maid service | 1.00 | EA |
| Maid service, PLUS per SF | 976.00 | SF |
| **DivisionTotal:** | | |
| **Phase Total:** | | |
| **4    2nd floor new** | | |
| **06    Floor Framing** | | |
| 3/4" OSB T&G sheathing subfloor | 253.00 | SF |
| 11-7/8" I-joists, 16"OC | 253.00 | SF |
| **DivisionTotal:** | | |
| **07    Wall Framing** | | |
| 2"x4" framed non-bearing wall | 250.00 | SF |

Holmead

| Description | Qty | Unit |
|---|---|---|
| 1/2" CDX plywood sheathing | 544.00 | SF |
| 2"x6" framed bearing wall | 544.00 | SF |
| **DivisionTotal:** | | |
| **11    Sidings** | | |
| House wrap, sub for paper, ADD per SF | 544.00 | SF |
| 6-1/4" wood fiber cement siding 5" exp | 544.00 | SF |
| **DivisionTotal:** | | |
| **12    Doors and Trim** | | |
| Entrance frame with sidelight | 1.00 | EA |
| **DivisionTotal:** | | |
| **13    Windows and Trim** | | |
| Window labor | 1.00 | EA |
| **DivisionTotal:** | | |
| **17    Insulation** | | |
| Kraftback R-30 10" blanket insulation | 253.00 | SF |
| Kraftback R-13 3-1/2" blanket insulation | 544.00 | SF |
| **DivisionTotal:** | | |
| **18    Interior Walls** | | |
| 1/2" gypsum drywall, new work | 750.00 | SF |
| **DivisionTotal:** | | |
| **19    Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 253.00 | SF |
| **DivisionTotal:** | | |
| **20    Millwork, Trim** | | |
| Base, 3-piece, top, oak shoe, base | 125.00 | LF |
| 4-1/4" ceiling moulding | 68.00 | LF |
| Clothes closet, 24" to 30" deep | 5.00 | LF |
| 2-6x6-8 pine 6 panel pre-hung inter door | 3.00 | EA |
| **DivisionTotal:** | | |
| **23    Floor Covering** | | |
| Hardwood T&G floor, select | 253.00 | SF |
| **DivisionTotal:** | | |
| **24    Painting** | | |
| Painting | 1.00 | EA |
| **DivisionTotal:** | | |
| **Phase Total:** | | |
| **5    3rd floor existing** | | |

**02    Site Preparation**

| Description | Qty | Unit |
|---|---|---|
| Gut interior and hand load to truck | 570.00 | SF |
| **DivisionTotal:** | | |
| **07    Wall Framing** | | |
| 2"x4" framed non-bearing wall | 1000.00 | SF |
| **DivisionTotal:** | | |
| **13    Windows and Trim** | | |
| Window labor | 1.00 | EA |
| **DivisionTotal:** | | |
| **18    Interior Walls** | | |
| 1/2" gypsum drywall, new work | 1000.00 | SF |
| Patch plaster holes/cracks | 1.00 | EA |
| Patch plaster, PLUS per SF | 250.00 | SF |
| **DivisionTotal:** | | |
| **19    Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 570.00 | SF |
| **DivisionTotal:** | | |
| **20    Millwork, Trim** | | |
| Base, 3-piece, top, oak shoe, base | 250.00 | LF |
| 4-1/4" ceiling moulding | 125.00 | LF |
| Trim existing window 3-0x5-2 inter only | 5.00 | EA |
| Trim existing door opening, FJ 3-0x6-8 | 8.00 | EA |
| Clothes closet, 24" to 30" deep | 9.00 | LF |
| Linen closet, 24" deep | 3.00 | LF |
| 2-6x6-8 pine 6 panel pre-hung inter door | 6.00 | EA |
| **DivisionTotal:** | | |
| **22    Specialties** | | |
| Medicine cab, recess, window gl 16"x22" | 2.00 | EA |
| Mirror, 1/4", attach with clips/adhesive | 42.00 | SF |
| Bath accessories, chrome | 2.00 | SET |
| Shower doors (2) | 1.00 | EA |
| **DivisionTotal:** | | |
| **23    Floor Covering** | | |
| Hardwood T&G floor, select | 500.00 | SF |
| Ceramic tile floor w/board @ $6.00SF | 68.00 | SF |
| Ceramic shower stall @ $6.00SF | 160.00 | SF |
| **DivisionTotal:** | | |
| **24    Painting** | | |
| Painting | 1.00 | EA |

Holmead

2/27/2006 5:19:02 PM

| Description | Qty | Unit |
|---|---|---|
| DivisionTotal: | | |
| **25 Clean-up** | | |
| Maid service | 1.00 | EA |
| Maid service, PLUS per SF | 1000.00 | SF |
| DivisionTotal: | | |
| Phase Total: | | |
| **6 3rd Floor new** | | |
| **06 Floor Framing** | | |
| 3/4" OSB T&G sheathing subfloor | 264.00 | SF |
| 11-7/8" I-joists, 16"OC | 264.00 | SF |
| DivisionTotal: | | |
| **07 Wall Framing** | | |
| 2"x4" framed non-bearing wall | 200.00 | SF |
| 1/2" CDX plywood sheathing | 560.00 | SF |
| 2"x6" framed bearing wall | 560.00 | SF |
| DivisionTotal: | | |
| **08 Roof Framing** | | |
| 2"x12" flat or shed roof framing | 264.00 | SF |
| Some roof framing difficulty, ADD | 264.00 | SF |
| 3/4" CDX plywood roof sheathing | 264.00 | SF |
| 12" soffit nailer, 2x4 | 70.00 | LF |
| DivisionTotal: | | |
| **09 Roofing, Flashing** | | |
| Bitumen roof/fabric mesh/torched | 1.00 | EA |
| Bitumen roof, PLUS per SF | 900.00 | SF |
| Flash chimney, aluminum, .032 ga | 1.00 | EA |
| Flash plumbing vent | 3.00 | EA |
| 6" aluminum gutter & downspout | 40.00 | LF |
| DivisionTotal: | | |
| **10 Exterior Trim, Decks** | | |
| 1x8 fascia, frieze, SPF #2 | 40.00 | LF |
| DivisionTotal: | | |
| **11 Sidings** | | |
| House wrap, sub for paper, ADD per SF | 560.00 | SF |
| 6-1/4" wood fiber cement siding 5" exp | 560.00 | SF |
| DivisionTotal: | | |
| **13 Windows and Trim** | | |

| Description | Qty | Unit |
|---|---|---|
| Window labor | 1.00 | EA |
| **DivisionTotal:** | | |
| **17    Insulation** | | |
| Kraftback R-30 10" blanket insulation | 264.00 | SF |
| Kraftback R-13 3-1/2" blanket insulation | 560.00 | SF |
| **DivisionTotal:** | | |
| **18    Interior Walls** | | |
| 1/2" gypsum drywall, new work | 770.00 | SF |
| **DivisionTotal:** | | |
| **19    Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 264.00 | SF |
| **DivisionTotal:** | | |
| **20    Millwork, Trim** | | |
| Base, 3-piece, top, oak shoe, base | 100.00 | LF |
| 4-1/4" ceiling moulding | 70.00 | LF |
| Clothes closet, 24" to 30" deep | 6.00 | LF |
| Linen closet, 24" deep | 2.00 | LF |
| 2-6x6-8 pine 6 panel pre-hung inter door | 3.00 | EA |
| **DivisionTotal:** | | |
| **23    Floor Covering** | | |
| Hardwood T&G floor, select | 264.00 | SF |
| **DivisionTotal:** | | |
| **24    Painting** | | |
| Painting | 1.00 | EA |
| **DivisionTotal:** | | |
| **Phase Total:** | | |
| **7    MEP, General conditions** | | |
| **01    Plans and Permits** | | |
| Supervision | 1.00 | $M |
| **DivisionTotal:** | | |
| **03    Excavation** | | |
| Main house work per GebCon | 1.00 | EA |
| **DivisionTotal:** | | |
| **05    Masonry** | | |
| Remove masonry wall | 1.00 | EA |
| **DivisionTotal:** | | |
| **14    Plumbing** | | |
| Plumbing per Raine & Son | 1.00 | EA |

Holmead

2/27/2006 5:19:02 PM

| Description | Qty | Unit |
|---|---|---|
| **DivisionTotal:** | | |
| **15   Heating and Cooling** | | |
| HVAC | 1.00 | EA |
| **DivisionTotal:** | | |
| **16   Electrical** | | |
| Electrical work, JKJ | 1.00 | EA |
| **DivisionTotal:** | | |
| **25   Clean-up** | | |
| Addition clean-up charge | 1.00 | EA |
| Addition clean-up, PLUS per SF | 2400.00 | SF |
| Temp phone | 1.00 | EA |
| Set up & break down | 1.00 | EA |
| Dumpsters | 11.00 | EA |
| Maid service | 2.00 | EA |
| Maid service, PLUS per SF | 2400.00 | SF |
| **DivisionTotal:** | | |
| **Phase Total:** | | |
| **8   Garage** | | |
| **03   Excavation** | | . |
| Excavation / concrete | 1.00 | EA |
| **DivisionTotal:** | | |
| **05   Masonry** | | |
| Block wall on existing footings, 8x8x16 | 560.00 | SF |
| **DivisionTotal:** | | |
| **06   Floor Framing** | | |
| 3/4" CDX plywood subfloor, glued/nailed | 304.00 | SF |
| 11-7/8" I-joists, 16"OC | 304.00 | SF |
| **DivisionTotal:** | | |
| **07   Wall Framing** | | |
| 1/2" CDX plywood sheathing | 560.00 | SF |
| 2"x6" framed bearing wall | 560.00 | SF |
| **DivisionTotal:** | | |
| **09   Roofing, Flashing** | | |
| Modified bitumin roof | 1.00 | EA |
| **DivisionTotal:** | | |
| **10   Exterior Trim, Decks** | | |
| 1x6 fascia, frieze, SPF #2 | 90.00 | LF |
| Trex deck | 1.00 | EA |
| Holmead | | |

| Description | Qty | Unit |
|---|---|---|
| **DivisionTotal:** | | |
| **11   Sidings** | | |
| House wrap, sub for paper, ADD per SF | 560.00 | SF |
| 6-1/4" wood fiber cement siding 5" exp | 560.00 | SF |
| **DivisionTotal:** | | |
| **12   Doors and Trim** | | |
| 3-0x6-8 metal pre-hung 6 panel door | 1.00 | EA |
| 16-0x7-0 garage door, wood | 1.00 | EA |
| Garage door operator, 1/3 HP, 1 car | 1.00 | EA |
| **DivisionTotal:** | | |
| **17   Insulation** | | |
| Kraftback R-19 6-1/4" blanket insulation | 560.00 | SF |
| Kraftback R-30 10" blanket insulation | 304.00 | SF |
| **DivisionTotal:** | | |
| **18   Interior Walls** | | |
| Drywall, 1/2" | 560.00 | SF |
| **DivisionTotal:** | | |
| **19   Ceiling Covering** | | |
| Drywall ceiling, new, 1/2", over 300SF | 304.00 | SF |
| **DivisionTotal:** | | |
| **Phase Total:** | | |
| **Grand Total:** | | **674,638.93** |