UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BABAK DJOURABCHI and<br>MONICA WELT, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) | Case No. 1:06-cv-00810-RCL |
| | ) | |
| HARRY J. SELF, JR., | ) <br> ) | |
| Defendant. | ) | |

## MEMORANDUM IN OPPOSITION TO
## MOTION TO WITHDRAW APPEARANCE

COME NOW, Plaintiffs Babak Djourabchi and Monica Welt (hereinafter collectively the "Plaintiffs") and for their opposition to the Motion to Withdraw Appearance filed herein by Leonard J. Koenick, Esquire state as follows:

Plaintiffs respectfully oppose Mr. Koenick's motion to withdraw from this case as counsel for Defendant Harry J. Self, Jr. ("Defendant"). Mr. Koenick is the third attorney who has entered an appearance in this proceeding on behalf of the Defendant and his departure (before the appearance of new counsel) would invariably cause this case to be delayed and hence, require the Plaintiffs to expend additional time, costs and expense as a result. This Court already granted several extensions to Defendant when previous counsel departed, and Mr. Koenick was well aware of Defendant's history with counsel in this case. To-date, considerable time and money have been incurred by the Plaintiffs in this litigation. Further delays would only serve to increase the hardship to the Plaintiffs and delay the timely resolution of this matter. The motion does not indicate that Mr. Koenick's relationship with the Defendant is such that he cannot continue to represent the Defendant in this case, nor does it state whether Mr. Koenick will continue to represent Mr. Self in other matters, as Plaintiffs understand him to be currently.

2

Accordingly, Plaintiffs request that the Court deny the motion until such time as new counsel enters an appearance in substitution for Mr. Koenick.

    WHEREFORE, Plaintiffs Babak Djourabchi and Monica Welt respectfully request that this Honorable Court deny the Motion to Withdraw Appearance until such time as new or substitute counsel has entered an appearance on behalf of Defendant Harry J. Self, Jr. in this litigation and for such other and further relief as may be necessary and just.

                                           Respectfully submitted,

                                           BABAK DJOURABCHI and
                                           MONICA WELT

                                           By Counsel

/s/ Andrew N. Felice
Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
afelice@katzandstone.com
gkatz@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and accurate copy of the foregoing **MEMORANDUM IN OPPOSITION TO MOTION TO WITHDRAW APPEARANCE** was mailed first-class, postage-prepaid this 25th day of February, 2008 and electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

>Leonard J. Koenick, Esquire
>D.C. Bar No. 166116
>KIVITZ & LIPTZ, LLC
>5454 Wisconsin Ave., Suite 650
>Chevy Chase, MD  20815
>*Counsel for Defendant*

>s/s Andrew N. Felice
>Andrew N. Felice

J:\04400.003\Pld\By Clients\004anf Opp to Mo to Withdraw.doc:bd