UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI, *et al.*,**<br><br>  Plaintiffs,<br><br>**v.**<br><br>**HARRY J. SELF., JR. *et al.*,**<br><br>  Defendant. | Civil Action No. 06-810 (RCL) |

**PRAECIPE TO MOTION TO WITHDRAW APPEARANCE**

Please withdraw the pending Motion To Withdraw Appearance.

Respectfully submitted,
/s
_____
Leonard J. Koenick, Esquire
Bar No. 166116

Kivitz & Liptz, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD 20815
301-951-3400
301-951-3646 fx
Kivitzliptz2@earthlink.net

1