UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*,<br><br>     Plaintiffs,<br><br>**v.**<br><br>**HARRY J. SELF., JR.** *et al.*,<br><br>     Defendant. | Civil Action No. 06-810 (RCL) |

**PRAECIPE TO MOTION TO WITHDRAW APPEARANCE**

Please withdraw the pending Motion To Withdraw Appearance.

                         Respectfully submitted,
                         /s
                         _____
                         Leonard J. Koenick, Esquire
                         Bar No. 166116

                         Kivitz & Liptz, LLC
                         5454 Wisconsin Ave., Suite 650
                         Chevy Chase, MD 20815
                         301-951-3400
                         301-951-3646 fx
                         [Kivitzliptz2@earthlink.net](mailto:Kivitzliptz2@earthlink.net)