# EXHIBIT A

Case 1:06-cv-00810-RCL    Document 53-2    Filed 04/08/2008    Page 1 of 17


# EXHIBIT A

Case 1:06-cv-00810-RCL    Document 53-2    Filed 04/08/2008    Page 1 of 17



# SELF CONSTRUCTION INC.

## HARRY J. SELF, JR.
### CONTRACTOR

Home Remodeling * Office Renovation
New Construction

*Call For Free Estimate*

14203 Slidell Ct., #324     ofc: 301-780-8963
Upper Marlboro, MD 20772   cell: 240-463-5236
robin.self2@verizon.net



# EXHIBIT B

# Building Construction Agreement

THIS AGREEMENT made this 13th day of May, 2005, by and between

**Babak Djourabchi and Monica M. Welt**, as husband and wife, hereinafter referred to as "OWNER"; and

**Harry Self**, as sole proprietor of Self Construction, a general contracting business, Tax ID as of signing is 522037295 (14203 Slidell Ct, #324, Upper Marlboro, MD 20772, *ofc:* (301) 780-8963, *cell:* (240) 463-5236), hereinafter referred to as "CONTRACTOR", for the considerations hereinafter named, agree as follows:

1. **General Purpose:** Project located at 3459 Holmead Place, NW, Washington DC 20010 (hereinafter "HOLMEAD"), which consists of a complete renovation of the residence, the basement unit, a full addition on the 2nd & 3rd floors, and a new garage at this address.

2. **The Scope of the Contract**: CONTRACTOR attests that HOLMEAD shall be CONTRACTOR's primary project and that CONTRACTOR shall furnish all of the labor and material required for the execution of the work described in this Agreement, except to the extent specifically indicated to be the responsibility of others, according to the plans and specifications attached hereto and forming a part of this contract, hereinafter Contract Documents.

3. **Contract Sum and Payment**: OWNER shall pay to CONTRACTOR, and CONTRACTOR shall promptly pay each subcontractor on account of such subcontractor's portion of the work, for furnishing the labor and materials and for the construction of this residence, which shall include all Alternates outlined in the Contract Documents, the total sum of $___212,212.00___ (two-hundred and twelve thousand and two-hundred and twelve dollars and no cents), paid as follows:

    $___20,000.00___ (twenty-thousand dollars and no cents), as down payment on the signing of this Agreement, with the balance in draws of $___20,000.00___ (twenty-thousand dollars and no cents) increments commensurate with percentage of work performed, with the final payment being made within forty-five calendar days after completion of the work. OWNER shall not have a reason or an obligation to pay or see to the payment of money to any agent and/or subcontractor. Any and all payments by OWNER, partial or entire, shall not waive other rights reserved herein or constitute acceptance of work not in accord with the Contract Documents. OWNER may withhold payment because of subsequently discovered evidence of substantial breach of a provision of the Contract Documents, including but not limited to, defective work not remedied in accord with Contract Documents, third party claims filed or reasonable evidence of such claims resulting from this project, failure of CONTRACTOR to make payments to subcontractors, for labor, materials or equipment, reasonable evidence that the work cannot be completed for the unpaid balance of the contract sum, or damage to the OWNER.

4. **Proof of Insurance, Etc.:** CONTRACTOR shall provide OWNER and attach hereto both proof of liability insurance and licensing for working as a general contractor in the District of Columbia before commencing construction. By signing this contract, CONTRACTOR further attests that he is insured at an amount no less than $___1,000,000.00___ (one million dollars and no cents) for work performed, and licensed as a general contractor in the District of Columbia, and will maintain such during the entire duration of the construction.

5. **Start of construction and completion**: CONTRACTOR shall commence construction of the residence as soon as practical after signing of this Agreement and once adequate preliminary financial arrangements described herein have been made. CONTRACTOR shall complete construction as expeditiously as possible, provided that nothing contained herein shall render CONTRACTOR liable for any delay caused by acts of God that are beyond the control of CONTRACTOR. As time is of the essence, CONTRACTOR attests that completion of construction shall be no later than ___7___ (seven) months from the date of commencement.

OWNER _____
CONTRACTOR _____

6. **Documents**: All parties to this agreement will be bound by all specifications referenced herein, including, but not limited to the advertisement for bid, the information for bidders, the letter to bidders, specifications provided by the architect, the bid of CONTRACTOR, and drawings, collectively referred to as the Contract Documents, all of which are incorporated herein by reference. To the extent that this Agreement as a whole conflicts with any other section of the Contract Documents, this Agreement shall control.

7. **Supervision of Work**: OWNER agrees that the direction and supervision of the working force including all subcontractors, or any person or entity that has direct contact with CONTRACTOR to perform a portion of the work at the site, rests exclusively with CONTRACTOR, or his duly designated agent. CONTRACTOR attests that all subcontractors will waive any and all right to place a lien on any and all parts of the construction and this project respectively.

8. **Change Orders**: All changes in or departures from the plans and/or specifications shall be in writing and signed by both OWNER and CONTRACTOR. Where changes in, or departure from, plans and specifications requested in writing by OWNER, will result in furnishing of additional labor and materials the OWNER shall pay CONTRACTOR for such extras at a price agreed upon in writing before commencement of said change. Where such change results in the omitting of any labor or materials, CONTRACTOR shall allow the OWNER a credit therefore at a price agreed to in writing before commencement of said changes.

9. **Possession of Residence Upon Completion**: Upon notice of completion by CONTRACTOR, OWNER shall have 30 (thirty) calendar days to review and report to CONTRACTOR any and all deficiencies of the work with respect to this agreement and the Contract Documents. Prior to final payment, CONTRACTOR will provide OWNER with an affidavit stating that any and all deficiencies have been corrected AND that all labor, materials and equipment used in the construction have been paid for or will be paid for in full by CONTRACTOR unless otherwise noted and that title to all such work will pass to OWNER at the time of the final payment free and clear of liens, claims, security interests, or other encumbrances adverse to the OWNER's interests. Final payment constitutes acceptance of the residence as being satisfactorily completed unless a separate escrow agreement is executed between the parties stipulating the unfinished items.

10. **OWNER**: If CONTRACTOR neglects to carry out the work in accordance with the requirements of the Contract Documents or to correct any such work performed otherwise, OWNER may issue a written order to CONTRACTOR to stop the work, or any portion thereof, until the cause for such order is eliminated.

11. **CONTRACTOR**: CONTRACTOR is entitled to rely on the accuracy of information furnished by the OWNER, but shall exercise proper precautions. CONTRACTOR shall be familiar with all Contract Documents, and shall observe and report to OWNER any conditions at the site affecting the work. CONTRACTOR shall be responsible to the OWNER for acts and omissions of CONTRACTOR's employees, subcontractors, as well as any and all agents of each respective entity.

12. **Permits, Fees and Notices**: Unless otherwise provided in the Contract Documents, CONTRACTOR shall secure and pay for the building permit and other permits and government fees, licenses and inspections necessary for proper execution and completion of the work.

13. **Warranty**: CONTRACTOR warrants to OWNER that materials and equipment furnished under this agreement will be new and of high quality (better than builder grade), unless otherwise required or permitted by the Contract Documents, that the work will be free from defects not inherent in the quality required or permitted, and that the work will conform with the requirements of the Contract Documents. Work not conforming to these requirements, including but not limited to substitutions not properly approved and authorized, whether discovered before or after substantial completion, will need to be corrected by CONTRACTOR with the same being responsible for all costs for such corrections. CONTRACTOR warranties that all aspects of the completed construction will be free from defects and in accordance with the terms of the Contract Documents. If within one year after the final payment, any of the work is found not to be in accordance with the requirements of the Contract Documents, CONTRACTOR shall correct it promptly after receipt of written notice from

OWNER
CONTRACTOR

the OWNER. All cost for any work necessary to correct any defects shall lie solely with CONTRACTOR. This does not preclude any additional warranties attached to any products or work performed by CONTRACTOR, as well as, any and all subcontractors and agents.

14. **Indemnification**: To the fullest extent permitted by law and without imposing a limit on amount or type of damages, compensation or benefits payable by or for CONTRACTOR or Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts, CONTRACTOR shall indemnify and hold harmless the OWNER from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the work, but only to the extent caused by the negligent and/or reckless acts or omissions of CONTRACTOR, his Subcontractor(s), and/or anyone directly or indirectly employed by them or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss or expense is caused in part by a party indemnified hereunder.

15. **Right to Terminate the Contract**: Should the work be stopped by any public authority for a period of ninety (90) days or more, through no fault of CONTRACTOR, or should the work be stopped through act or neglect of the OWNER for a period of fifteen (15) business days, or should the OWNER fail to pay CONTRACTOR any payment within fifteen (15) business days after it is due, then CONTRACTOR upon seven (7) business days written notice to the OWNER, may stop work or terminate the contract and recover from the OWNER reasonable payment for all work executed and any loss sustained and reasonable profit and damages up to the point of termination on the project.

16. **Owner's Right to Perform/Award Separate Contracts**: OWNER reserves the right to perform construction or operation related to HOLMEAD with the OWNER's own forces, and to award separate contracts in connection with portions on the site. CONTRACTOR shall afford the OWNER and separate contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their relative activities, and CONTRACTOR shall connect and coordinate his activities with those of other contractors as to meet the final objective of the Contract Documents.

17. **Governing Law and Assignment of Contract**: This contract shall be governed by the laws of the District of Columbia. Neither party to this contract shall have the right to assign this contract without written consent of the other.

IN WITNESS WHEREOF, and in acknowledgement of having read and fully understanding the provisions of this Agreement and all Contract Documents, as well as having visited the site and become reasonably familiar with conditions under which the work is to be performed, CONTRACTOR and OWNER have hereunto set their hands this 3rd day of May 2005.

_____        HARRY J SELF JR
CONTRACTOR (Signature)                  CONTRACTOR (Print)

_____        Babak Djourabchi
OWNER (Signature)                       OWNER (Print)

_____        MONICA WELT
OWNER (Signature)                       OWNER (Print)

Page 3 of 4

OWNER
CONTRACTOR

| DRAW DATE | AMOUNT | CHECK NO. & WRITTEN BY | CONTRACTOR SIGNATURE | NOTES |
|---|---|---|---|---|
| 5/13/05 | 20,000 00/xx | 2075 by Monica | [signature] | Demo Deposit |
| 5/28/05 | 20,000 00/xx | 2076 by Monica | [signature] | 2nd draw after demo |
| 6/28/05 | 2,600 | 2080 | [signature] | reimbursement for engineer & arborist; payment for H. Self to remove & grind stumps |
| 7/30/05 | 3,999 00/xx | 2082 | [signature] | Mr. Sunday's report & All underpinning work addendum to original basement work. |
| 8/7/05 | 20,000 00/xx | 218 Bob | [signature] | Draw after dig-out only. Waiting for underpinning. Draw is for plumber & rest of concrete. |

Page 4 of 4

HOLMEAD

OWNER
CONTRACTOR



# EXHIBIT C



Online Ba

Search · Locations · Mail · Help

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview | Account Activity | Account Summary | Find a Transaction | Open an Account

## Check Image – Front and Back

Posting Date: 05/13/2005        Check #: 2075          Amount: $20,000.00
Reference: 83810170049          Account: DDA-7999      Nickname:

```
Monica M. Welt
1660-D Beckman Place
Washington, DC 20009
                                        Date  13th May 2005       2075

Pay To
The Order Of   Self Construction              $ 20,000.00

    Twenty thousand                     no/100  Dollars

BANK OF AMERICA
02992 VA
ACH R/T 051000017

For 3459 Holmead Pl.               Monica Welt

:051000017:  004124637999"  2075   /000 2000000/
```

Endorsement back: Henry Duff 0039 38606722

Bank stamp: BANK OF AMERICA NA BAL 05/13/05
3810170049

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". If you are unable to view this item and require customer service to describe it to you, please call the customer service phone number located on your account statement. More information about images and image availability.

# EXHIBIT D

**Bank of America** — **Higher Standards**

Online Ba

Search · Locations · Mail · Help

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

Accounts Overview   Account Activity   Account Summary   Find a Transaction   Open an Account

## Check Image – Front and Back

Posting Date: 06/02/2005          Check #: 2076          Amount: $20,000.00

Reference: 83810009580           Account: DDA-7999     Nickname:



Check front:
Monica M. Welt
1660-D Beekman Place
Washington, DC 20009

Date: May 28, 2005
Pay To The Order Of: Self Construction    $20,000.00
Twenty Thousand — no/100 Dollars
BANK OF AMERICA
For: 2nd draw
Signed: Monica M. Welt
:051000017: 004124637999" 2076  000 2000000

Back:
BANK OF AMERICA VA BAL
056987357 E254 01 P01
06/02/05
3810009580

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". If you are unable to view this item and require customer service to describe it to you, please call the customer service phone number located on your account statement. More information about images and image availability.

# EXHIBIT E

Case 1:06-cv-00810-RCL   Document 53-2   Filed 04/08/2008   Page 12 of 17

Case 1:06-cv-00810-RCL    Document 53-2    Filed 04/08/2008    Page 13 of 17</an



# EXHIBIT F



Online Ba

Search · Locations · Mail · Help

| Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service |

| Accounts Overview | Account Activity | Account Summary | Find a Transaction | Open an Account |

## Check Image – Front and Back

Posting Date: 08/01/2005    Check #: 2082    Amount: $3,999.00
Reference: 83210251977    Account: DDA-7999    Nickname:

Check image shows:

Monica M. Welt
1660-D Beekman Place
Washington, DC 20009

Date: July 30, 2005

Pay To The Order Of: Self Construction    $3999.00

Three thousand ninehundred + ninetynine ⁹⁹/₁₀₀

BANK OF AMERICA

Mr: Sunday pept +
For: underpinnings, etc.

Signed: Monica Welt

To print this page for reference purposes please use the print button on your browser or click "File" and "Print". If you are unable to view this item and require customer service to describe it to you, please call the customer service phone number located on your account statement. More information about images and image availability.

# EXHIBIT G





```
Posted   : 08/10/2005
Bank     : 0008
R/T      : 025407011
Account  : 6737836941
Check    : 218
Amount   : 20000.00
DIN      : 14010006924000000
```