IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00810-RCL |
| | ) |
| HARRY J. SELF, JR., | ) |
| | ) |
|     Defendant. | ) |

**AFFIDAVIT OF BABAK DJOURABCHI IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

Babak Djourabchi, being duly sworn, deposes and says:

1. I am currently a co-owner of the property located at 3459 Holmead Place, NW, in the District of Columbia (the "Project"). In October 2004, I purchased this Home with my wife, Monica Welt.

2. Between March and May 2005, we solicited and reviewed construction bids for a complete renovation of this residence by several general contractors, including a written bid presented by Mr. Harry J. Self, Jr. ("Defendant") on March 25, 2005 on behalf of "Self Construction Inc.".

3. Between March and May 2005, Defendant repeatedly represented himself as a home remodeling and new construction contractor and owner of "Self Construction Inc." and presented a business card to us on or before March 25, 2005 stating the same.

4. I attest and affirm that a true and correct copy of the business card presented by Defendant to me is attached at **Exhibit A**.

5. In the weeks preceding May 13, 2005, Defendant also brought me to other residential construction sites in the District of Columbia where he stated he was acting as a general contractor, including 1352 K Street SE, Washington, DC. My wife and I toured the interior and exterior of 1352 K Street with Defendant while he explained the work he was performing on that project and how it would be similar to the work set forth in his bid for our Project.

6. On May 13, 2005, we met with Defendant and we all contemporaneously signed the Building Construction Agreement ("Agreement") in the presence of one another. This Agreement was for a total sum of $212,212.00 (Two-Hundred and Twelve

1

Thousand and Two-Hundred and Twelve Dollars and no cents), with work to be completed within 7 (seven) months.

7. I attest and affirm that a true and correct copy of this Agreement is attached at **Exhibit B**.

8. As part of this Agreement, as stated in paragraph 4, Defendant affirmatively represented that he was "licensed as a general contractor in the District of Columbia."

9. From May 13 to August 7, 2005, Defendant demanded and received pre-payments totaling $66,599.00 (Sixty-Six Thousand and Five Hundred and Ninety-Nine Dollars and no cents) as follows:

- $20,000 (Twenty Thousand Dollars and no cents) on May 13, 2005 (the date of Agreement) (**Exhibit C**);
- $20,000 (Twenty Thousand Dollars and no cents) on May 28, 2005 (**Exhibit D**);
- $2,600 (Two Thousand and Six Hundred Dollars and no cents) on June 28, 2005 (**Exhibit E**);
- $3,999 (Three Thousand and Nine Hundred and Ninety-Nine Dollars and no cents) on July 30, 2005 (**Exhibit F**); and
- $20,000 (Twenty Thousand Dollars and no cents) on August 7, 2005 (**Exhibit G**).

10. Beginning May 2005, I collected and maintained records from two banking institutions (Bank of America and Citibank) showing these payments totaling $66,599.00 collected by Defendant. Each record is in the form of a personal check from me or my wife, made payable to "Self Construction," showing funds disbursed to Defendant, and his acceptance of the funds with the signature of "Harry J. Self."

11. I attest and affirm that true and correct copies of these cancelled checks, as obtained from Bank of America and Citibank, are attached at **Exhibits C** through **G**.

12. Between May and August 2005, I maintained a detailed log of all payments made to Defendant, identifying all respective dates, amounts, check numbers, and the purpose for each payment. As each payment was made to Defendant, I recorded the respective information in the log, and then asked and received the signature of Defendant under the heading of "Contractor Signature." The log has a total of five entries corresponding to each payment made to Defendant, totaling $66,599.00.

13. I attest and affirm that a true and correct copy of that log is attached at **Exhibit B, page 4**.

14. Defendant did not complete the Project.

15. I did not know that Defendant was unlicensed as a general contractor in the District of Columbia when we signed the Agreement on May 13, 2005. I relied on his

written affirmation that he was licensed in the District of Columbia. I would not have hired Defendant for the Project, or signed the Agreement with Defendant, if I had known that he was not licensed in the District of Columbia.

16. We have made numerous demands on Defendant that he return the $66,599.00 in pre-payments that he received, as well as reimbursement for our related costs and damages. He has repeatedly refused.

17. The project was not completed by Defendant in a timely and workmanlike manner, and the limited work performed by Defendant caused damage to the residence and required additional, costly repairs. We have been forced to retain rescue contractors at a price far exceeding the price set forth in the Agreement with Defendant. To date we have paid more than $370,000.00 to rescue contractors to perform work set forth in the Agreement, and repair damages caused by Defendant, but this figure does not encompass all our damages, as all the work set forth in the Agreement with Defendant is not yet finished.

18. The Project is not yet complete, and we have yet been unable to live in the house since signing the Agreement with Defendant on May 13, 2005.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my records and recollection.

_____
Babak Djourabchi

Dated: April 7, 2008

DISTRICT OF COLUMBIA:

Subscribed and sworn to before, me, a Notary Public in and for the aforesaid jurisdiction, this 7th day of April 2008.

_____

My Commission expires: Jeanette A. Brown
Notary Public, District of Columbia
My Commission Expires 11-30-2008

3