# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00810-RCL |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiffs Bakak Djourabchi and Monica Welt's Motion for Summary Judgment Regarding Unfair Trade Practices and Fraud Counts [Docket __], any opposition filed herein and, if permitted, argument of counsel, and

IT APPEARING TO THE COURT that Plaintiffs' motion is well taken, it is hereby

ORDERED that judgment be ENTERED in favor of Plaintiffs Bakak Djourabchi and Monica Welt against Defendant Harry J. Self, Jr. on Count II (Unfair Trade Practice) and Count III (Fraud/Fraudulent Misrepresentation/Fraudulent Inducement) of the Amended Complaint [Docket 21]; and it is further

ORDERED that Plaintiffs Bakak Djourabchi and Monica Welt be awarded partial judgment against Defendant Harry J. Self, Jr. in the amount of Sixty-Six Thousand Five Hundred Ninety-Nine and No/100 Dollars ($66,599.00) and that the same be trebled to One Hundred Ninety-Nine Thousand Seven Hundred Ninety-Seven and No/100 Dollars ($199,797.00) pursuant to D.C. §§ 28-3901, *et seq.*, the District of Columbia Consumer Protection Act and that a further evidentiary hearing be scheduled for presentation of proof on the issue of Plaintiffs Bakak Djourabchi and Monica Welt's remaining monetary damages including monetary damages and costs incurred to correct/complete Defendant Harry J. Self, Jr.'s work, attorneys'

2

fees and costs expended herein, punitive damages and pre and post-judgment interest.

DONE and ORDERED this _____day of _____, 2008.

_____
Judge, U.S. District Court for the
District of Columbia

**Copies to:**

| | |
|---|---|
| Gerald I. Katz, D.C. Bar No. 237925 | Leonard J. Koenick, Esquire |
| Andrew N. Felice, D.C. Bar No. 416060 | KIVITZ & LIPTZ, LLC |
| KATZ & STONE, L.L.P. | 5454 Wisconsin Ave., Suite 650 |
| 8230 Leesburg Pike, Suite 600 | Chevy Chase, MD 20815 |
| Vienna, Virginia 22182 | KivitzLiptz2@aol.com |
| afelice@katzandstone.com | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

J:\04400.003\Pld\010anf Order re Motion SJ.doc:maf