**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BABAK DJOURABCHI and MONICA WELT, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00810-RCL |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION TO STAY DISCOVERY**

COME NOW, Plaintiffs Babak Djourabchi and Monica Welt, by and through counsel, and pursuant to Local Rule LCvR 16.4 respectfully move this Court to stay discovery in this action in light of Plaintiffs' Motion for Summary Judgment Regarding Unfair Trade Practice and Fraud Counts [Docket No. 53] (hereinafter "Motion of Summary Judgment") filed herein and state in support of their motion the following:

On April 8, 2008, Plaintiffs filed a Motion for Summary Judgment seeking entry of an order granting Plaintiffs' summary judgment on Count II (Unfair Trade Practices) and Count III (Fraud Counts).

If the Motion for Summary Judgment is granted, the remaining discovery to be conducted in this case will be either eliminated or, at the minimum, greatly reduced. Thus, by staying discovery until such a time as the Court has had an opportunity to consider and rule upon the Motion for Summary Judgment, both parties will be spared the cost and expense of conducting discovery in this case which may otherwise not be needed.

The granting of a stay in discovery until the Motion for Summary Judgment is ruled upon by the Court will allow the parties to conduct only that discovery which is absolutely necessary and relevant to the issues, if any, remaining to be tried in this case. As a result, the parties will

greatly benefit from not having to expend costs and expenses in conducting or responding to discovery on issues which are (or may be) resolved, either in whole or in part, through the ruling on the pending Motion for Summary Judgment.

The Defendant has not conducted discovery in this case and thus, will not experience any prejudice if this present motion is granted. Plaintiffs have previously moved (See Docket No. 48) this Court for entry of an Order to amend the December 20, 2007 Scheduling Order (the "Scheduling Order") to permit the propounding of certain discovery in this case. No opposition has been filed to this motion which has not yet been ruled upon by the Court.

Accordingly, Plaintiffs respectfully request that discovery in this matter be stayed until such a time as the Court has considered and ruled upon the Motion for Summary Judgment filed herein.

WHEREFORE, Plaintiffs Babak Djourabchi and Monica Welt, respectfully move this Honorable Court for the entry of an order staying discovery in this case until such a time which permits the Court to consider and rule upon Plaintiffs' Motion for Summary Judgment Regarding Unfair Trade Practice and Fraud Counts [Docket No. 53] and following such a ruling on the motion issue the appropriate amendment or revision to the December 20, 2007 Scheduling Order to address and provide for, if needed or required, the discovery period to allow the parties to conduct remaining discovery in this case in a timely and orderly manner and grant such other and further relief in favor of Plaintiffs Babak Djourabchi and Monica Welt as may be necessary and just.

                                                Respectfully submitted,

                                                BABAK DJOURABCHI and
                                                MONICA WELT

                                                By Counsel

/s/ Andrew N. Felice
Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and accurate copy of the foregoing **PLAINTIFFS' MOTION TO STAY DISCOVERY** was mailed first-class, postage-prepaid this 10th day of April, 2008 and electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

                              Leonard J. Koenick, Esquire
                              D.C. Bar No. 166116
                              KIVITZ & LIPTZ, LLC
                              5454 Wisconsin Ave., Suite 650
                              Chevy Chase, MD  20815
                              *Counsel for Defendant*

                                s/s Andrew N. Felice
                              Andrew N. Felice
                              KATZ & STONE, L.L.P.
                              8230 Leesburg Pike, Suite 600
                              Vienna, Virginia 22182
                              gkatz@katzandstone.com
                              afelice@katzandstone.com
                              703.761.3000
                              703.761.6179 (fax)
                              *Counsel for Plaintiffs*

J:\04400.003\Pld\011anf Mo to Stay Discovery.doc:maf

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BABAK DJOURABCHI and MONICA WELT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00810-RCL |
| | ) | |
| HARRY J. SELF, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY**

COME NOW, Plaintiffs Babak Djourabchi and Monica Welt, by and through counsel, and pursuant to Local Rule LCvR 16.4 respectfully move this Court to stay discovery in this action in light of Plaintiffs' Motion for Summary Judgment Regarding Unfair Trade Practice and Fraud Counts [Docket No. 53] (hereinafter "Motion of Summary Judgment") filed herein and state in support of their motion the following:

1.      On April 8, 2008, Plaintiffs filed a Motion for Summary Judgment seeking entry of an order granting Plaintiffs' summary judgment on Count II (Unfair Trade Practices) and Count III (Fraud Counts).

2.      If the Motion for Summary Judgment is granted, the remaining discovery to be conducted in this case will be either eliminated or, at the minimum, greatly reduced. Thus, by staying discovery until such a time as the Court has had an opportunity to consider and rule upon the Motion for Summary Judgment, both parties will be spared the cost and expense of conducting discovery in this case which may otherwise not be needed.

3.      The granting of a stay in discovery until the Motion for Summary Judgment is ruled upon by the Court will allow the parties to conduct only that discovery which is absolutely necessary and relevant to the issues, if any, remaining to be tried in this case. As a result, the

parties will greatly benefit from not having to expend costs and expenses in conducting or responding to discovery on issues which are (or may be) resolved, either in whole or in part, through the ruling on the pending Motion for Summary Judgment.

4.      The Defendant has not conducted discovery in this case and thus, will not experience any prejudice if this present motion is granted. Plaintiffs have previously moved (See Docket No. 48) this Court for entry of an Order to amend the December 20, 2007 Scheduling Order (the "Scheduling Order") to permit the propounding of certain discovery in this case. No opposition has been filed to this motion which has not yet been ruled upon by the Court.

5.      Accordingly, Plaintiffs respectfully request that discovery in this matter be stayed until such a time as the Court has considered and ruled upon the Motion for Summary Judgment filed herein.

WHEREFORE, Plaintiffs Babak Djourabchi and Monica Welt, respectfully move this Honorable Court for the entry of an order staying discovery in this case until such a time which permits the Court to consider and rule upon Plaintiffs' Motion for Summary Judgment Regarding Unfair Trade Practice and Fraud Counts [Docket No. 53] and following such a ruling on the motion issue the appropriate amendment or revision to the December 20, 2007 Scheduling Order to address and provide for, if needed or required, the discovery period to allow the parties to conduct remaining discovery in this case in a timely and orderly manner and grant such other and further relief in favor of Plaintiffs Babak Djourabchi and Monica Welt as may be necessary and just.

Respectfully submitted,

BABAK DJOURABCHI and
MONICA WELT

By Counsel

/s/ Andrew N. Felice
Gerald I. Katz, D.C. Bar No. 237925
Andrew N. Felice, D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO STAY DISCOVERY** was mailed first-class, postage-prepaid this 10th day of April, 2008 and electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Leonard J. Koenick, Esquire
D.C. Bar No. 166116
KIVITZ & LIPTZ, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD  20815
*Counsel for Defendant*

s/s Andrew N. Felice
Andrew N. Felice
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
gkatz@katzandstone.com
afelice@katzandstone.com
703.761.3000
703.761.6179 (fax)
*Counsel for Plaintiffs*

J:\04400.003\Pld\012anf Mem in Supp of Mo o to Stay Discovery.doc:maf