# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00810-RCL |
| ) | |
| HARRY J. SELF, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiffs Bakak Djourabchi and Monica Welt's Motion to Stay Discovery [Docket __], any opposition filed herein and, if permitted, argument of counsel, and

IT APPEARING TO THE COURT that Plaintiffs' motion is well taken, it is hereby

ORDERED that discovery is stayed until such a time to permit the Court to consider and rule upon Plaintiffs' Motion for Summary Judgment Regarding Unfair Trade Practice and Fraud Counts [Docket No. 53] and following such a ruling on the motion issue the appropriate amendment or revision to the December 20, 2007 Scheduling Order to address, if needed or required, the discovery period remaining to allow the parties to conduct remaining discovery in this case in a timely and orderly manner and grant such other and further relief in favor of Plaintiffs Babak Djourabchi and Monica Welt as may be necessary and just.

DONE and ORDERED this ____day of _____, 2008.

_____
Judge, U.S. District Court for the
District of Columbia

**Copies to:**

2

| | |
|---|---|
| Gerald I. Katz, D.C. Bar No. 237925 | Leonard J. Koenick, Esquire |
| Andrew N. Felice, D.C. Bar No. 416060 | KIVITZ & LIPTZ, LLC |
| KATZ & STONE, L.L.P. | 5454 Wisconsin Ave., Suite 650 |
| 8230 Leesburg Pike, Suite 600 | Chevy Chase, MD 20815 |
| Vienna, Virginia 22182 | *KivitzLiptz2@aol.com* |
| *afelice@katzandstone.com* | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

J:\04400.003\Pld\013anf Order Mo to Stay Discovery.doc:maf