March 5, 2005

## LETTER TO BIDDERS

RE: 3459 Holmead Place NW, Washington, DC

Contact information:  Babak Djourabchi (202-434-5870)
                      Monica Welt

Bids are to be faxed on 03/21/2005 by 4:00 pm.
          To attention Monica Welt @ 202-204-1001

General Items for GC:

1. House will be unoccupied during construction.
2. MEP designs to be done by GC/subcontractor, general guidelines will be provide in the attached documents.
3. Roof to be inspected in walk-thru to evaluate condition of underlayment and to see if there is any insulation; if new roof, underlayment, and/or insulation is required, price as **Alternate #1.**
4. Roof at bay window (off bedroom #5) to be inspected; price changing underlayment and reproofing with a membrane roof as **Alternate #2.**
5. GC to verify existing electrical service; provide 200 amps for each unit.
6. All windows to be replaced by white vinyl, double hung low-e windows. Fixed panes at front elevation to be priced as **Alternate #2.**
7. GC to provide 4" recess incandescent down lights. Provide a total count of 60 cans, location to be determined by owner.
8. Provide 6 electrical outlets, 1 cable, and 1 high capacity phone jack per room.
9. Provide 2 electrical outlets per bathroom, 6 outlets in Master bath/closet.
10. All interior doors, except for bedrooms 1, 2, 3 & 5 to be new solid core Merilat 5 panel doors, paint grade. Bedrooms 1, 2, 3 & 5 to be 10 pane divided glass.
11. Install smoke detectors at each bedroom and hallway.
12. Provide low-e, 5 foot or longer, baseboard heaters below bench at sunroom.
13. At garage provide power for garage door opener and a total of 6 outlets. Also extend power, gas and water line to roof deck above garage.
14. Typical for all bathrooms provide 48" tile wainscot. Provide allowance for tile.
15. Provide allowance for all plumbing fixtures; owner will select a standard set from Kohler to be used. Master bath to have 2 shower heads.
16. All cabinets in kitchen and bathrooms provided by owner and installed by GC. Kitchen countertops will be provided and installed by independent contractor.

17. Kitchen pocket doors to be provided by owner and installed by GC.
18. All pendant lights and sconces to be provided by owner and installed by GC.
19. GC to coordinate with owner specific power, plumbing and mechanical requirements of kitchen and bathroom fixtures.
20. All hardware to be "Schlage" Accent.
21. At 1st floor & Master provide crown molding and wainscot paneling.
22. Provide new wood floor at Bedroom #4, #5 and Master. Price as **Alternate #3.**
23. Owners will provide and GC will install Security Storm Door for the rear entrance.
24. GC to build small door behind bath with outlet underneath 1st floor stairs.
25. Owners will provide and GC will install new front stairs.
26. GC will improve and repaint existing front double doors. Owners will provide and GC will install new interior front door.
27. GC to field verify all existing conditions before starting work; if any discrepancy is found, GC must contact owners for written approval/waiver before proceeding.
28. ~~GC to obtain all building permits.~~
29. Please use attached breakdown form to present your bid.