Building Plan Review Status

**Project Information**

- Tracking number: 22053 WT 2007
- Date filed: 4/4/2007
- Address: 3459 HOLMEAD PL NW
- Agent: BABAK DJOURABCHI (202) 434-5870

**Application Status**

Approved. This application has been approved by all reviewers within DCRA. Please contact DCRA at the number below to check the status of other agencies' approvals (where required) and to inquire about retrieving your application.

To view comments from the plan review team, select from the links in the left column below. On the page that follows, enter your DC.Gov username and password. If you don't have a username and password, please register.

| Discipline | Review Status | Status date |
|---|---|---|
|  | Approved. We approved this discipline of your application. | 4/4/2007 |
|  | Approved. We approved this discipline of your application. | 4/4/2007 |
|  | Approved. We approved this discipline of your application. | 4/4/2007 |

Building permit application status data current as of: 4/16/2008, 1:06:55 PM

If you have questions about a particular building application, please contact the Permits Division at: (202) 442-4589.