UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*,<br><br>Plaintiffs,<br><br>**v.**<br><br>**HARRY J. SELF., JR.** *et al.*,<br><br>Defendant. | Civil Action No. 06-810 (RCL) |

### DEFENDANT'S STATEMENT OF GENUINE ISSUES

1. Paragraph 10 of plaintiffs' Statement Of Material Facts is denied. Plaintiffs misquote defendant's Answer. Defendant admitted only that plaintiffs were seeking a judgment but denied that they suffered any damages from defendant's actions. Answer, ¶24.

2. Paragraph 13 of plaintiffs' Statement Of Material Facts is denied. Affidavit of Harry J. Self, Jr.

3. Paragraph 14 of plaintiffs' Statement Of Material Facts is denied. Amended Complaint, ¶15 that was admitted by defendant states in its entirety" "Upon information and belief, Defendant was not and is not licensed to perform work as a general contractor or home improvement contractor in the District of Columbia." Defendant candidly admitted that allegation. Amended Complaint, ¶15. Answer, ¶15.

4. Paragraph 15 of plaintiffs' Statement Of Material Facts is denied. Paragraph 20 of the Amended Complaint states in its entirety: "The allegations

1

contained in paragraphs 1 through 19 above are incorporated herein by reference as if set forth in full." Amended Complaint, ¶ 20. Answer ¶ 20.

5. Paragraph 16 of plaintiffs' Statement Of Material Facts is denied. Paragraph 17 of the Amended Complaint states in its entirety: "The allegations contained in paragraphs 1 through 16 above are incorporated herein by reference as if set forth in full." Amended Complaint, ¶ 17. Answer ¶ 17.

## ADDITIONAL GENUINE ISSUES

6. Whether plaintiff sustained any damages that were caused by plaintiff excluding the $66,599.00 conceded to be due. Affidavit of Harry J. Self, Jr.

7. Whether defendant committed fraud by stating he was licensed and able to perform home improvement work in the District of Columbia when he believed at the time he made the statement that his Maryland license was in full force and effect and that a simple endorsement could be added to it to allow him to perform work in the District of Columbia. . Affidavit of Harry J. Self, Jr.

Respectfully submitted,
/s
_____
Leonard J. Koenick, Esquire
Bar No. 166116

Kivitz & Liptz, LLC
5454 Wisconsin Ave., Suite 650
Chevy Chase, MD 20815
301-951-3400
301-951-3646 fx
Kivitzliptz2@aol.com