## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI,** *et al.*, <br><br> Plaintiffs, <br><br> **v.** <br><br> **HARRY J. SELF., JR.** *et al.*, <br><br> Defendant. | Civil Action No. 06-810 (RCL) |

## ORDER

On consideration of the Plaintiffs' Motion For Summary Judgment and the opposition thereto of defendant, and the court having found that there remain genuine issues of material fact, it is by the Court this ___ day of _____, 2008,

ORDERED, that the Plaintiffs' Motion For Summary Judgment is denied.

SO ORDERED.

Signed by United States Judge Royce C. Lamberth, _____.