# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI and MONICA WELT, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:06-cv-00810-RCL |
| HARRY J. SELF, JR., | ) |
| Defendant. | ) |

## ORDER

This Cause comes before the Court upon the Plaintiffs' Motion [48] to Amend Discovery Plan and Scheduling Order. For good cause shown, the Joint Status Report and the December 20, 2007 Scheduling Order is GRANTED. Specifically, the parties' Joint Status Report and the December 20, 2007 Scheduling Order is amended to reflect the following:

The deadline for the exchange of witness lists and written discovery requests is extended to February 29, 2008, *nunc pro tunc*.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on May 30, 2008.