UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI, *et al.*, )<br>)<br>   Plaintiffs, )<br>)<br>v. )<br>)<br>HARRY J. SELF, JR., )<br>)<br>   Defendant. ) | Case No. 1:06-cv-00810-RCL |

## ORDER

UPON CONSIDERATION of Plaintiffs Bakak Djourabchi and Monica Welt's Motion to Stay Discovery [54], the lack of opposition thereto, and the record herein, it is hereby

ORDERED that Plaintiffs' motion is GRANTED; it is further

ORDERED that discovery is stayed until such a time to permit the Court to consider and rule upon Plaintiffs' Motion for Summary Judgment Regarding Unfair Trade Practice and Fraud Counts [53] and following such a ruling on the motion issue the appropriate amendment or revision to the December 20, 2007 Scheduling Order to address, if needed or required, the discovery period remaining to allow the parties to conduct remaining discovery in this case in a timely and orderly manner and grant such other and further relief in favor of Plaintiffs Babak Djourabchi and Monica Welt as may be necessary and just.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on May 30, 2008.