UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BABAK DJOURABCHI**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-810 (RCL) |
| ) | |
| **HARRY J. SELF, JR.**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now before the Court comes plaintiffs' motion [53] for summary judgment on counts II and III of their amended complaint [23] directed against defendant, Harry J. Self. Upon full consideration of the motion, opposition brief, reply brief, the entire record, and applicable law, it is hereby

ORDERED that the plaintiffs' motion for summary judgment as to Counts II and III is GRANTED. It is further hereby

ORDERED that plaintiffs, Babak Djourabchi and Monica Welt, are awarded partial judgment against defendant Harry J. Self, Jr. in the amount of $66,599.00. It is further hereby

ORDERED that plaintiffs, are awarded attorney's fees and costs against defendant Harry J. Self, Jr. in an amount yet to be determined. It is further hereby

ORDERED that plaintiffs request for punitive damages is DENIED. It is further hereby

ORDERED that a further proceedings will be scheduled for presentation of proof on the issue of plaintiffs' remaining monetary damages including treble damages and pre- and post-judgment interest.

The parties shall meet and confer and, within 30 days of this date, submit a proposed schedule for further proceedings; jointly if possible, separately if necessary.

SO ORDERED

Signed by Royce C. Lamberth, United States District Judge, on July 23, 2008.