UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BABAK DJOURABCHI and MONICA WELT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HARRY J. SELF, JR., )<br>)<br>Defendant. ) | Case No. 1:06-cv-00810-RCL |

## PARTIES' JOINT PROPOSED SCHEDULING REPORT

Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure, Rules 16.1 and 16.3 of the Local Rules of this Court and the Court's July 23, 2008 Order [60] which directed that the parties meet and confer with regard to the entry of a Scheduling Order for the remaining portion of this action, the parties, by and through their respective counsel, submit the attached Scheduling Order (Attached as Exhibit "A" hereto) for this Honorable Court's consideration and use.

Respectfully submitted,

| | |
|---|---|
| BABAK DJOURABCHI and<br>MONICA WELT<br>By Counsel<br><br>/s/ Gerald I. Katz<br>Gerald I. Katz, D.C. Bar No. 237925<br>Andrew N. Felice, D.C. Bar No.<br>KATZ & STONE, L.L.P.<br>8230 Leesburg Pike, Suite 600<br>Vienna, Virginia 22182<br>(703) 761-3000<br>(703) 761-6179 (fax)<br>*Counsel for Plaintiffs* | HARRY J. SELF, JR.<br>By Counsel<br><br>/s/ Leonard J. Koenick<br>Leonard J. Koenick, D.C. Bar No. 166116<br>KIVITZ & LIPTZ, LLC<br>5454 Wisconsin Ave., Suite 650<br>Chevy Chase, MD 20815<br>(301) 951-3400<br>(301) 951-3646 (fax)<br>*Counsel for Defendant* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



EXHIBIT A

BABAK DJOURABCHI and MONICA WELT, )
)
    Plaintiffs, )
)
v. ) Civil Action No. 06-810 (RCL)
)
HARRY J. SELF, JR., )
)
    Defendant. )

## SCHEDULING ORDER

UPON CONSIDERATION of the Court's July 23, 2008 Order [60] and ruling upon Plaintiffs' Motion for Partial Summary Judgment in Counts II and III of the Amended Complaint [53], it is by the United States District Court for the District of Columbia, this ___ day of _____, 2008,

**ORDERED** that the following schedule be and hereby is **ENTERED** in and for the above-captioned matter:

| Event | Date/Deadline |
|---|---|
| Exchange witness lists | 20 days from this date |
| Deadline for written discovery requests | 30 days from this date |
| All discovery closed | 75 days from this date |
| Pre-Trial Conference and Trial | To be set at a status conference scheduled by the Court |

    SO ORDERED.

_____
United States District Court
Judge Royce C. Lamberth