UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

BABAK DJOURABCHI and MONICA WELT, )
)
    Plaintiffs, )
)
v. )  Civil Action No. 06-810 (RCL)
)
HARRY J. SELF, JR., )
)
    Defendant. )

## SCHEDULING ORDER

UPON CONSIDERATION of the Court's July 23, 2008 Order [60] and ruling upon Plaintiffs' Motion for Partial Summary Judgment in Counts II and III of the Amended Complaint [53], it is by the United States District Court for the District of Columbia, this 30th day of July, 2008,

**ORDERED** that the following schedule be and hereby is **ENTERED** in and for the above-captioned matter:

| Event | Date/Deadline |
|---|---|
| Exchange witness lists | 20 days from this date |
| Deadline for written discovery requests | 30 days from this date |
| <u>All</u> discovery closed | 75 days from this date |
| Pre-Trial Conference and Trial | To be set at a status conference scheduled by the Court |

    SO ORDERED.

*Royce C. Lamberth*
United States District Court
Judge Royce C. Lamberth